United States District Court

Eastern District of New York

_____

_____

NOTICE OF

RELATED CASE

_____

_____

The Civil Cover Sheet filed in civil action

<u>19</u> CV <u>3477</u>

1) Indicated that this case is related to the following case(s):

   <u>18CV5075</u>

   _____

   _____

   _____

   -OR-

2) the case was directly assigned to Judge _____ and Magistrate Judge _____ as a Pro Se or Habeas case related to ____ CR/CV _____