

www.pecklaw.com

70 Grand Avenue
River Edge, NJ 07661
tel. 201.343.3434
fax 201.343.6306

New York, NY
Los Angeles, CA
Oakland, CA
Washington, DC
Miami, FL
Chicago, IL
Boston, MA
River Edge, NJ
Austin, TX
Dallas, TX
Houston, TX

**International Alliances**

Argentina
Brazil
Canada
Chile
Colombia
Costa Rica
El Salvador
England
Guatemala
India
Mexico
Panama
Peru
Uruguay

**Kevin J. O'Connor, Esq.**
*Shareholder*

**Direct Dial:** (201) 359-7040
**E-Mail Address:** koconnor@pecklaw.com

## VIA FEDERAL EXPRESS

June 8, 2022

Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:**   Securities and Exchange Commission v. Laura, et al.
          Index No. 18-CV-5075 (NGG)
          Our File No. 11018/386750

Dear Judge Gonzalez:

This office represents Defendants Joseph Laura and Anthony Sichenzio in the above-captioned matter. The purpose of this letter is to supply Your Honor with a motion for partial summary judgment and motion to strike expert reports which was prepared and exchanged under a bundling rule pursuant to a prior order of the Court.

Enclosed please find courtesy copies of the following filed via ECF on May 27, 2022:

1.      Defendants' Notice of Motion to Strike Expert Reports and for Partial Summary Judgment [*ECF 156*]; Memorandum of Law in Support of Motion to Strike Experts and for Partial Summary Judgment [*ECF 157*]; Declaration of Kevin J. O'Connor, Esq. in Support with accompanying Exhibits [*ECF 158*] and Declaration of Joseph M. Laura with accompanying exhibits; [*ECF 159*].

2.      SEC's Memorandum of Law in Opposition to Defendants Motion to Strike SEC's Experts' Reports and Testimony and for Partial Summary Judgment [*ECF 160*]; Declaration of Victor Suthammanont with accompanying exhibit [*ECF 161*]; and Declaration of Lesa Adair with accompanying exhibit [*ECF 162*].

3.      Defendants Reply Memorandum of Law in Support of Motion to Strike Experts and for Partial Summary Judgment [*ECF 163*].




Respectfully submitted,

*/s/ Kevin J. O'Connor*

KEVIN J. O'CONNOR

cc: Kevin McGrath, Esq. *(via email w/o enclosures)*