UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                :

SECURITIES AND EXCHANGE COMMISSION,    :

                Plaintiff,                   :

         v.                                        :     No. 18 Civ. 5075(HG)(VMS)

JOSEPH M. LAURA,                          :
ANTHONY R. SICHENZIO,                  :
and WALTER GIL DE RUBIO,             :

                Defendants.               :
------------------------------------------------------------------------x

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
NOTICE OF MOTION FOR MONETARY REMEDIES AGAINST
DEFENDANTS JOSEPH M. LAURA AND ANTHONY R. SICHENZIO**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of its Motion for Monetary Remedies Against Defendants Joseph M. Laura and Anthony R. Sichenzio, the Declaration of Victor Suthammanont and its attached exhibits, and the Declaration of Neil Hendelman and its attached exhibits, Plaintiff Securities and Exchange Commission (the "Commission") will respectfully move this Court, at the United Stated District Court located at 225 Cadman Plaza East, Brooklyn, New York, 11201, before the Honorable Hector Gonzalez, U.S.D.J., at a date and time to be determined by the Court, for a judgment requiring Defendant Laura to pay disgorgement of $4,262,060, prejudgment interest of $2,151,147 and a civil penalty of $4,262,060 in the form of the proposed judgment attached as Exhibits F to the Suthammanont Declaration, and a judgment requiring Defendant Sichenzio to pay disgorgement of $1,794,976, prejudgment interest of $905,960 and a civil penalty of

*Oral Argument Requested

$1,794,976 in the form of the proposed judgment attached as Exhibit G to the Suthammanont Declaration.

In accordance with the Court's Individual Practices Section IV.C, the Commission respectfully requests oral argument.

Dated: New York, NY
November 17, 2023

    /s/ Victor Suthammanont
_____
Victor Suthammanont
Hayden Brockett
Margaret D. Spillane
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
suthammanontv@sec.gov (Suthammanont)
(212) 336-5674 (Suthammanont)

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 17, 2023, I emailed a copy of the foregoing Notice of Motion for Monetary Remedies Against Defendants Joseph M. Laura and Anthony R. Sichenzio and the supporting memoranda of law and declarations to the following persons:

Kevin O'Connor, Esq.
Peckar &Abramson, P.C.
70 Grand Avenue
River Edge, N. J. 07661
koconner@pecklaw.com
*Attorney for Defendants Joseph Laura and Anthony Sichenzio*

Bradley D. Simon, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, N. Y. 10019
bsimon@windelsmarx.com
*Attorney for Defendant Walter Gil de Rubio*

/s/ Victor Suthammanont
_____
Victor Suthammanont