UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                           Plaintiff,<br><br>    -- against --<br><br>JOSEPH M. LAURA,<br>ANTHONY R. SICHENZIO, and<br>WALTER GIL DE RUBIO,<br><br>                           Defendants. | 18 Civ. 5075 (HG)(VMS)<br><br>ECF Case |

## DECLARATION OF VICTOR SUTHAMMANONT

I, Victor Suthammanont, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age and am a Senior Trial Counsel in the Division of Enforcement at the New York Regional Office of Plaintiff Securities and Exchange Commission ("Commission").

2. I respectfully submit this Declaration and attachments hereto in support of the Commission's Motion for Monetary Remedies Against Defendants Joseph M. Laura and Anthony R. Sichenzio.

3. I have personal knowledge of the facts presented in this Declaration based on my review of the documents relevant to this litigation.

4. During the remedies phase of this litigation, Defendants provided to the counsel for the Commission documents and other materials purporting to support their claims for offsets to the Commission's proposed disgorgement amounts.

5. Among the materials provided were analysis and supporting documents purporting to establish funds paid back to Pristec America Inc. and/or Innovative Crude

Technologies, Inc. (the "PAI Companies") that postdated the period for which the Commission obtained and analyzed bank records as set forth in the March 18, 2022 Declaration of Neil Hendelman (DE 149) and the Declaration of Neil Hendelman being submitted contemporaneously with this Declaration. The funds were purportedly used to fund the ongoing operations of the PAI Companies, including litigations in which they were involved to secure rights to technology that they licensed.

6. Attached hereto as Exhibit A is a true and correct copy of a promissory note for a sum of $150,000 dated April 16, 2018, executed by Joseph M. Laura ("Laura") and Anthony Sichenzio ("Sichenzio") in favor of Realty Advisors Inc.

7. Attached hereto as Exhibit B is a true and correct copy of an "Option Agreement" dated April 19, 2018, between Laura and Realty Advisors Inc. The Option Agreement notes that the "Optioners," including Laura, had been loaned $1,125,000.

8. Although Defendants also provided a schedule purporting to total $2,190,200 in liabilities incurred to fund the PAI Companies beginning in 2017, they only provided the documents attached as Exhibits A and B, which substantiate a total of $1,275,000.

9. Attached hereto as Exhibit C are excerpts from a December 19, 2014 deposition of Sichenzio taken in *Harvey v. Sichenzio*, No. 100748/2014 (Sup. Ct. N.Y. County).

10. Attached hereto as Exhibit D is a Prejudgment Interest Report calculated on Laura's disgorgement amount using the IRS underpayment rate from June 1, 2013, to August 22, 2023. Under the calculation, interest begins accruing the month following the initial month (i.e., August 2013).

11. Attached hereto as Exhibit E is a Prejudgment Interest Report calculated on Sichenzio's disgorgement amount using the IRS underpayment rate from June 1, 2013, to August

22, 2023. Under the calculation, interest begins accruing the month following the initial month (i.e., August 2013).

12. Attached hereto as Exhibit F is a Proposed Final Judgment as to Defendant Joseph M. Laura.

13. Attached hereto as Exhibit G is a Proposed Final Judgment as to Defendant Anthony R. Sichenzio.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 17, 2023
New York, New York.

                                                                                                                                    /s/ Victor Suthammanont
                                                                                                                                      Victor Suthammanont