# EXHIBIT C

1

2   SUPREME COURT OF THE STATE OF NEW YORK
    COUNTY OF NEW YORK
3   -------------------------------------------X
    DAN HARVEY,
4
                              PLAINTIFF,
5
              -against-          Index No:
6                                100748/2014

7   ANTHONY SICHENZIO,

8   -------------------------------DEFENDANT.
    -------------------------------------------X
9

10              DATE: December 19, 2014

11              TIME: 10:11 A.M.

12

13

14          EXAMINATION BEFORE TRIAL of the

15   Defendant, ANTHONY SICHENZIO, taken by the

16   Plaintiff, pursuant to a Court Order, held

17   at the offices of Diamond Reporting, Inc.,

18   16 Court Street, Brooklyn, New York 11241,

19   before Paula G. Bekker, a Notary Public of

20   the State of New York.

21

22

23

24

25

**PLAINTIFF'S EXHIBIT**
**504**

SEC-DANHARVEY-E-0000001

1                    A. SICHENZIO

2      other names?

3          A.    No.

4          Q.    Your date of birth?

5          A.    6/16/62.

6          Q.    I need your Social Security

7      number.  You can give us the whole number,

8      but the court reporter is not going to put

9      it on the record, she's just going to put

10     Xs on the record.

11         A.    ***-**-****.

12         Q.    41 William Penn Road in Warren,

13     New Jersey, is that your primary residence?

14         A.    Yes.

15         Q.    How long have you lived there?

16         A.    20 years.

17         Q.    Who do you live there with?

18         A.    My wife and my two children,

19     one of which is off at school.

20         Q.    Your wife's name is?

21         A.    Patricia.

22         Q.    Does she have your last name?

23         A.    Yes.

24         Q.    How old is Patricia?

25         A.    51.

SEC-DANHARVEY-E-0000009

```
 1                    A. SICHENZIO
 2        Q.    Does she work?
 3        A.    No.
 4        Q.    What is her date of birth?
 5        A.    9/4/63.
 6        Q.    Has she ever worked during the
 7   marriage?
 8        A.    No.
 9        Q.    When were you married to
10   Patricia?
11        A.    9/17/94.
12        Q.    Whose name is the on the deed
13   for 41 William Penn Road?
14        A.    My name.
15        Q.    Your name only?
16        A.    Yes.
17        Q.    No one else?
18        A.    I believe so, I'm not sure.
19        Q.    When did you purchase 41
20   William Penn Road?
21        A.    1994.
22        Q.    What was the purchase price?
23        A.    525,000.
24        Q.    Did you purchase that cash or
25   was there a loan?
```

SEC-DANHARVEY-E-0000010

1                    A. SICHENZIO

2        A.    I do.

3        Q.    How much is that yearly?

4        A.    $42,000 for tuition.

5        Q.    Who pays for the apartment?

6        A.    I do.

7        Q.    How much is that?

8        A.    $1,300 a month.

9        Q.    Do you have any personal staff

10   or employees who work for you?

11       A.    No.

12       Q.    How about a maid, cleaning

13   lady, something like that, anyone clean the

14   home?

15       A.    There is someone that cleans

16   the house.

17       Q.    How often?

18       A.    Twice a month.

19       Q.    How is she paid, cash or check?

20       A.    I don't recall.  My wife takes

21   care of that.

22       Q.    Do you know how much that is?

23       A.    $160 each session.

24       Q.    How about a driver, do you have

25   a driver?

SEC-DANHARVEY-E-0000051

```
 1                A. SICHENZIO
 2        A.    I own a car company.  I
 3   invested in a car company.
 4              MR. LETTERA:  Just yes or no.
 5        Q.    How did you get here today?
 6        A.    A driver.
 7        Q.    A driver in a car?
 8        A.    Yes.
 9        Q.    Do you own the car?
10        A.    Yes.
11        Q.    What kind of car?
12        A.    It's a Yukon.
13        Q.    What year?
14        A.    2011.
15        Q.    Is it registered to you
16   personally, or is it registered to a
17   corporation?
18        A.    It's registered to me.
19        Q.    And it was your driver who
20   drove that vehicle here today?
21        A.    Yes.
22        Q.    Is he employed by you
23   personally, or is he employed through a
24   corporation?
25        A.    He owns the car company that I
```

SEC-DANHARVEY-E-0000052

```
1                    A. SICHENZIO
2    pay these guys.
3         Q.    What's the name of the company?
4         A.    Atlas.
5         Q.    Is that it, Atlas?
6         A.    Yeah, Atlas Limo.
7         Q.    Where are they out of?
8         A.    I believe they're somewhere in
9    New York, but I don't recall.
10        Q.    You don't know the address?
11        A.    No.
12        Q.    What's the name of the driver?
13        A.    Victor Ivanov, I-V-A-N-O-V.
14        Q.    You say he's one of the
15   principals, he's one of the owners of Atlas
16   Limo?
17        A.    Yes.
18        Q.    And you're an owner of Atlas
19   Limo as well?
20        A.    I let them use my vehicles.
21        Q.    Is that pursuant to a written
22   agreement?
23        A.    No.
24        Q.    What vehicles do they use?
25        A.    There's an '09 Yukon and 2011
```

SEC-DANHARVEY-E-0000053

1                    A. SICHENZIO

2    Yukon.

3         Q.    And the '09 Yukon is also

4    registered in your name personally?

5         A.    Yes.

6         Q.    And both Yukons are insured in

7    your name personally?

8         A.    Yes.

9         Q.    So they're not insured through

10   Atlas Limo?

11        A.    No.

12        Q.    They're not registered with

13   Atlas Limo?

14        A.    No.

15        Q.    Do you use both of these

16   vehicles for yourself, the 2011 and the

17   2009 Yukon?

18        A.    Yes.

19        Q.    You use them on a daily basis?

20        A.    Yes.

21        Q.    Where are they stored?

22        A.    At my house.

23        Q.    So they're at your house

24   overnight?

25        A.    Yes.

SEC-DANHARVEY-E-0000054

```
 1                  A. SICHENZIO
 2       Q.    Both vehicles?
 3       A.    Yes.
 4       Q.    How often does Atlas Limo use
 5  them not for your purposes, for other
 6  purposes?
 7       A.    When they can get work, lately
 8  because there's not much work.  With me, I
 9  haven't been paying them.
10       Q.    How many drivers does Atlas
11  Limo have?
12       A.    Two.
13       Q.    What's the other driver's name?
14       A.    George.
15       Q.    George what?
16       A.    Niklin, N-I-K-L-I-N.
17       Q.    Do you pay Victor Ivanov?
18       A.    I pay him, yes.
19       Q.    Do you pay him weekly, monthly
20  or something else?
21       A.    Whenever I can.  There's no set
22  schedule.
23       Q.    When did you last pay him?
24       A.    Yesterday.
25       Q.    How much did you pay him?
```

SEC-DANHARVEY-E-0000055

1                    A. SICHENZIO

2        A.    I paid him $2,500 for the

3   month.

4        Q.    When did you last pay him

5   before that?

6        A.    I don't recall, last month some

7   time.  I don't remember.

8        Q.    Do you get any compensation or

9   proceeds from Atlas Limo?

10        A.    No.

11        Q.    Did you invest any money in

12   Atlas Limo?

13        A.    No.

14        Q.    Is this a corporation pretty

15   much set up for your drivers and your

16   vehicles?

17        A.    No, they had it.

18        Q.    Do they service other

19   customers?

20        A.    I don't recall.  I don't know.

21        Q.    You said Victor drove you here

22   today?

23        A.    Yes.

24        Q.    Is that in the 2011 Yukon?

25        A.    Yes.

SEC-DANHARVEY-E-0000056

                    A. SICHENZIO

1

2      Q.    Is he waiting downstairs?

3      A.    Yes.

4      Q.    Will he be taking you home

5   presumably today?

6      A.    Yes.

7      Q.    Will he be with you the rest of

8   the day today?

9      A.    No.

10     Q.    When you need his services, do

11  you plan in advance, or do you just pick up

12  the phone and call him?

13     A.    I call him.

14     Q.    Is he available to you 24 hours

15  a day?

16     A.    Unless he's got work somewhere

17  else.

18     Q.    What about your family members,

19  do they use Victor and/or George as well?

20     A.    Sometimes.

21     Q.    Does your wife use them

22  sometimes?

23     A.    No.

24     Q.    Who uses them?

25     A.    In my family?

SEC-DANHARVEY-E-0000057

1                    A. SICHENZIO

2        Q.    Yes, in your family.

3        A.    Pick my son up from school once

4    a month or something like that.

5        Q.    Who are you employed by now?

6        A.    Wunderlich Securities.

7        Q.    Where are they located?

8        A.    200 Liberty Street, New York,

9    New York.

10       Q.    You're working there full-time?

11       A.    Yes.

12       Q.    You go to work every day?

13       A.    Yes.

14       Q.    Five days a week?

15       A.    Yes.

16       Q.    How do you get to work?

17       A.    They take me to work and back.

18       Q.    That's George and/or Victor?

19       A.    Yes.

20       Q.    So they drive you in?

21       A.    Yes.

22       Q.    They wait for you?

23       A.    I don't know what they do

24   during the day.  They drop me off and pick

25   me up.

SEC-DANHARVEY-E-0000058

1                    A. SICHENZIO

2          Q.    What if you need a car in the

3    middle of the day to go somewhere, to go

4    see a client or to go to a meeting, do they

5    take you as well?

6          A.    If they're available.

7          Q.    Have you considered not using a

8    driver and a black car to get around to try

9    to satisfy some of these outstanding debts,

10   particularly the one to Mr. Harvey?

11         A.    Yes.

12         Q.    Is there a reason you haven't

13   done that?

14         A.    I believe that imminently there

15   will be money to pay Mr. Harvey.

16         Q.    We'll get to that in a minute.

17   But over the past let's say six months,

18   have you considered reducing your

19   expenses --

20         A.    Yes, I have.

21         Q.    Let's talk about the $2,500 a

22   month for a car and driver, have you

23   considered that?

24         A.    Yes, I have.

25         Q.    And is there a reason why you

SEC-DANHARVEY-E-0000059