**EXHIBIT D**



# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

## Laura Prejudgment Interest Calculation

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$4,262,060.00** |
| 07/01/2013-09/30/2013 | 3.00% | 0.76% | $32,228.18 | $4,294,288.18 |
| 10/01/2013-12/31/2013 | 3.00% | 0.76% | $32,471.88 | $4,326,760.06 |
| 01/01/2014-03/31/2014 | 3.00% | 0.74% | $32,006.17 | $4,358,766.23 |
| 04/01/2014-06/30/2014 | 3.00% | 0.75% | $32,601.18 | $4,391,367.41 |
| 07/01/2014-09/30/2014 | 3.00% | 0.76% | $33,205.96 | $4,424,573.37 |
| 10/01/2014-12/31/2014 | 3.00% | 0.76% | $33,457.05 | $4,458,030.42 |
| 01/01/2015-03/31/2015 | 3.00% | 0.74% | $32,977.21 | $4,491,007.63 |
| 04/01/2015-06/30/2015 | 3.00% | 0.75% | $33,590.28 | $4,524,597.91 |
| 07/01/2015-09/30/2015 | 3.00% | 0.76% | $34,213.40 | $4,558,811.31 |
| 10/01/2015-12/31/2015 | 3.00% | 0.76% | $34,472.11 | $4,593,283.42 |
| 01/01/2016-03/31/2016 | 3.00% | 0.75% | $34,261.38 | $4,627,544.80 |
| 04/01/2016-06/30/2016 | 4.00% | 0.99% | $46,022.58 | $4,673,567.38 |
| 07/01/2016-09/30/2016 | 4.00% | 1.01% | $46,991.06 | $4,720,558.44 |
| 10/01/2016-12/31/2016 | 4.00% | 1.01% | $47,463.54 | $4,768,021.98 |
| 01/01/2017-03/31/2017 | 4.00% | 0.99% | $47,027.07 | $4,815,049.05 |
| 04/01/2017-06/30/2017 | 4.00% | 1% | $48,018.57 | $4,863,067.62 |
| 07/01/2017-09/30/2017 | 4.00% | 1.01% | $49,030.38 | $4,912,098.00 |
| 10/01/2017-12/31/2017 | 4.00% | 1.01% | $49,524.71 | $4,961,622.71 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $48,936.55 | $5,010,559.26 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $62,460.40 | $5,073,019.66 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $63,933.95 | $5,136,953.61 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $64,739.69 | $5,201,693.30 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $76,956.56 | $5,278,649.86 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $78,962.82 | $5,357,612.68 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $67,520.60 | $5,425,133.28 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $68,371.54 | $5,493,504.82 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $68,293.57 | $5,561,798.39 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $69,142.58 | $5,630,940.97 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $42,462.83 | $5,673,403.80 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $42,783.05 | $5,716,186.85 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $42,284.12 | $5,758,470.97 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $43,070.21 | $5,801,541.18 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $43,869.19 | $5,845,410.37 |
| 10/01/2021-12/31/2021 | 3.00% | 0.76% | $44,200.91 | $5,889,611.28 |
| 01/01/2022-03/31/2022 | 3.00% | 0.74% | $43,566.99 | $5,933,178.27 |
| 04/01/2022-06/30/2022 | 4.00% | 1% | $59,169.23 | $5,992,347.50 |
| 07/01/2022-09/30/2022 | 5.00% | 1.26% | $75,520.00 | $6,067,867.50 |
| 10/01/2022-12/31/2022 | 6.00% | 1.51% | $91,766.11 | $6,159,633.61 |

| | | | | |
|---|---|---|---|---|
| 01/01/2023-03/31/2023 | 7.00% | 1.73% | $106,316.96 | $6,265,950.57 |
| 04/01/2023-06/30/2023 | 7.00% | 1.75% | $109,353.71 | $6,375,304.28 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| **07/01/2013-06/30/2023** | | | **$2,113,244.28** | **$6,375,304.28** |