# EXHIBIT E



# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$1,794,976.00** |
| 07/01/2013-09/30/2013 | 3.00% | 0.76% | $13,572.97 | $1,808,548.97 |
| 10/01/2013-12/31/2013 | 3.00% | 0.76% | $13,675.60 | $1,822,224.57 |
| 01/01/2014-03/31/2014 | 3.00% | 0.74% | $13,479.47 | $1,835,704.04 |
| 04/01/2014-06/30/2014 | 3.00% | 0.75% | $13,730.06 | $1,849,434.10 |
| 07/01/2014-09/30/2014 | 3.00% | 0.76% | $13,984.76 | $1,863,418.86 |
| 10/01/2014-12/31/2014 | 3.00% | 0.76% | $14,090.51 | $1,877,509.37 |
| 01/01/2015-03/31/2015 | 3.00% | 0.74% | $13,888.43 | $1,891,397.80 |
| 04/01/2015-06/30/2015 | 3.00% | 0.75% | $14,146.62 | $1,905,544.42 |
| 07/01/2015-09/30/2015 | 3.00% | 0.76% | $14,409.05 | $1,919,953.47 |
| 10/01/2015-12/31/2015 | 3.00% | 0.76% | $14,518.00 | $1,934,471.47 |
| 01/01/2016-03/31/2016 | 3.00% | 0.75% | $14,429.25 | $1,948,900.72 |
| 04/01/2016-06/30/2016 | 4.00% | 0.99% | $19,382.51 | $1,968,283.23 |
| 07/01/2016-09/30/2016 | 4.00% | 1.01% | $19,790.39 | $1,988,073.62 |
| 10/01/2016-12/31/2016 | 4.00% | 1.01% | $19,989.37 | $2,008,062.99 |
| 01/01/2017-03/31/2017 | 4.00% | 0.99% | $19,805.55 | $2,027,868.54 |
| 04/01/2017-06/30/2017 | 4.00% | 1% | $20,223.13 | $2,048,091.67 |
| 07/01/2017-09/30/2017 | 4.00% | 1.01% | $20,649.25 | $2,068,740.92 |
| 10/01/2017-12/31/2017 | 4.00% | 1.01% | $20,857.44 | $2,089,598.36 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $20,609.74 | $2,110,208.10 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $26,305.33 | $2,136,513.43 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $26,925.92 | $2,163,439.35 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $27,265.26 | $2,190,704.61 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $32,410.42 | $2,223,115.03 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $33,255.36 | $2,256,370.39 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $28,436.45 | $2,284,806.84 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $28,794.83 | $2,313,601.67 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $28,761.99 | $2,342,363.66 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $29,119.55 | $2,371,483.21 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $17,883.32 | $2,389,366.53 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $18,018.17 | $2,407,384.70 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $17,808.05 | $2,425,192.75 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $18,139.11 | $2,443,331.86 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $18,475.61 | $2,461,807.47 |
| 10/01/2021-12/31/2021 | 3.00% | 0.76% | $18,615.31 | $2,480,422.78 |
| 01/01/2022-03/31/2022 | 3.00% | 0.74% | $18,348.33 | $2,498,771.11 |
| 04/01/2022-06/30/2022 | 4.00% | 1% | $24,919.25 | $2,523,690.36 |
| 07/01/2022-09/30/2022 | 5.00% | 1.26% | $31,805.41 | $2,555,495.77 |
| 10/01/2022-12/31/2022 | 6.00% | 1.51% | $38,647.50 | $2,594,143.27 |
| 01/01/2023-03/31/2023 | 7.00% | 1.73% | $44,775.62 | $2,638,918.89 |
| 04/01/2023-06/30/2023 | 7.00% | 1.75% | $46,054.56 | $2,684,973.45 |

| | | | | |
|---|---|---|---|---|
| 07/01/2023-07/31/2023 | 7.00% | 0.59% | $15,962.72 | $2,700,936.17 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| **07/01/2013-07/31/2023** | | | **$905,960.17** | **$2,700,936.17** |