1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF NEW YORK

3

4   UNITED STATES SECURITIES        )
    AND EXCHANGE COMMISSION,         )
5                                    )
              Plaintiff,             )
6                                    )
         v.                          ) Case No.
7                                    ) 19-CV-5075(NGG)(VMS)
    JOSEPH M. LAURA, et al.,         )
8                                    )
              Defendants.            )
9   _____)

10

11

12

13      Remote videotaped deposition of JOSE MIGUEL

14  DELGADO CASTILLO, taken on behalf of the Plaintiff,

15  held remotely, beginning at 9:38 a.m. and ending at

16  5:04 p.m., on Monday, November 29, 2021, before

17  Denise Sankary, Certified Realtime Reporter.

18

19

20

21

22

23

24

25

                                                      2

```
 1   REMOTE APPEARANCES:

 2   On behalf of the Plaintiff:

 3       UNITED STATES SECURITIES AND EXCHANGE COMMISSION
         BY:  KEVIN McGRATH, ESQUIRE
 4           VICTOR SUTHAMMANONT, ESQUIRE
         200 Vesey Street, Suite 400
 5       New York, New York 10281
         Phone:  212-336-1100
 6       Email:  mcgrathk@sec.gov
         Email:  suthammanontv@sec.gov
 7


 8
     On behalf of Joseph Laura, Anthony Sichenzio and the
 9   Witness:

10       PECKAR & ABRAMSON, P.C.
         BY:  KEVIN J. O'CONNOR, ESQUIRE
11       70 Grand Avenue
         River Edge, New Jersey 07661
12       Phone:  201-343-3434
         Email:  koconnor@pecklaw.com
13


14

15   ALSO PRESENT:

16       DaShawn White, Videographer

17       Joseph Laura

18

19

20

21

22

23

24

25
```

3

1        Monday, November 29, 2021

2          9:38 a.m. - 5:04 p.m.

3

4         THE VIDEOGRAPHER:  This is the videotaped

09:37  5   deposition of Jose Miguel Delgado Castillo in

6    the matter of SEC versus Laura, pending in the

7    United States District Court, Eastern District

8    of New York.  The case number is

9    19-CV-5075(NGG)(VMS).  Today's date is

09:38 10  November 29, 2021, and the time on the video

11   monitor is 9:38 a.m. Eastern Time.

12        My name is DeShawn White.  The court

13   reporter today is Denise Sankary.

14        Would counsel please introduce themselves

09:38 15  for the record.

16        MR. McGRATH:  Kevin McGrath for the

17   Securities and Exchange Commission.

18        MR. O'CONNOR:  Kevin O'Connor for the

19   defendants Joseph Laura and Anthony Sichenzio.

09:38 20        MR. SUTHAMMANONT:  Victor Suthammanont for

21   the Securities and Exchange Commission.

22        THE VIDEOGRAPHER:  And before the court

23   reporter swears in the witness, I would like to

24   say we are both with Gradillas Court Reporters.

09:38 25        Please swear in the witness.  Thank you.

6

| | | |
|---|---|---|
| 09:38 | 1 | THE COURT REPORTER:  Sure.  Thank you. |
| | 2 | Mr. Delgado, would you raise your right |
| | 3 | hand, please? |
| | 4 | Do you swear the testimony you're about to |
| 09:38 | 5 | give today will be the truth, the whole truth, |
| | 6 | and nothing but the truth? |
| | 7 | THE WITNESS:  Yes. |
| | 8 | THE COURT REPORTER:  Thank you. |
| | 9 | Thereupon: |
| 09:38 | 10 | JOSE MIGUEL DELGADO CASTILLO |
| | 11 | having been first duly sworn, was examined and |
| | 12 | testified as follows: |
| | 13 | EXAMINATION |
| | 14 | BY MR. McGRATH: |
| 09:39 | 15 | Q.   All right.  Good morning, Mr. Delgado. |
| | 16 | Can you hear me? |
| | 17 | A.   Yes. |
| | 18 | MR. McGRATH:  Mr. O'Connor, before we get |
| | 19 | started, you indicated that you're appearing on |
| 09:39 | 20 | behalf of Mr. Laura and Mr. Sichenzio.  Are you |
| | 21 | appearing as an attorney for Mr. Delgado as |
| | 22 | well? |
| | 23 | MR. O'CONNOR:  Yes, I am. |
| | 24 | MR. McGRATH:  Is there an attorney-client |
| 09:39 | 25 | relationship between the two of you? |

7

```
09:39    1              MR. O'CONNOR:  There is.

         2              MR. McGRATH:  Okay.

         3         BY MR. McGRATH:

         4         Q.    All right, Mr. Delgado.  Who else is in

09:40    5    the room with you right now?

         6         A.    Mr. Kevin.

         7         Q.    Mr. O'Connor?

         8         A.    Yeah.

         9         Q.    Is there any other person in the room with

09:40   10    you?

        11         A.    No, sir.

        12         Q.    Where are you located right now?

        13         A.    I'm in New Jersey in Freehold.

        14              MR. O'CONNOR:  He's in Monmouth County,

09:40   15         Freehold, New Jersey.

        16         BY MR. McGRATH:

        17         Q.    Mr. Delgado, as part of this case, myself

        18    and Mr. O'Connor have agreed to certain rules for

        19    taking this deposition, and one of those rules is

09:40   20    that you do not -- that the witness not look at any

        21    documents unless he's asked to do so by one of the

        22    attorneys, or if you need to look at a document

        23    yourself to answer a question, you tell us that

        24    you're going to be looking at a particular document

09:40   25    and identify that document.  Do you understand those
```

                                                                    8

09:41  1    rules?

       2          A.    Yes, sir.

       3          Q.    Are you willing to abide by them?

       4          A.    Again, please.

09:41  5          Q.    All right.  Do you agree to those rules?

       6          A.    Yes, sir.

       7          Q.    Okay.  Do you currently have a computer

       8    with you?

       9          A.    I have an iPad, but it's closed.

09:41 10          Q.    Okay.  Thank you.

      11                Mr. Delgado, how old are you?

      12          A.    59.

      13          Q.    59?

      14          A.    Yes.

09:41 15          Q.    Where were you born?

      16          A.    I was born in Cuba.

      17          Q.    How long did you live in Cuba?

      18          A.    Till '89.

      19          Q.    Until 1989?

09:41 20          A.    Yes.

      21          Q.    Where did you move in 1989?

      22          A.    I went to Africa, and I was working there

      23    for a period of six years, and then I married and I

      24    start to live in Europe.

09:42 25          Q.    In where?

                                                                    9

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

| 09:58 | 1 | charge of maintenance, refurbishing and construction |
| | 2 | of warehouse and offices. |
| | 3 | Q.   Okay.  Thank you. |
| | 4 | Where did you work after that? |
| 09:58 | 5 | A.   Then when I finish in Jamaica, then we |
| | 6 | move to Vienna. |
| | 7 | Q.   What year was that? |
| | 8 | A.   In Vienna it was 2006. |
| | 9 | Q.   Why did you move to Vienna? |
| 09:59 | 10 | A.   Because my wife used to be a diplomatic |
| | 11 | for the Spanish government, and she was in charge -- |
| | 12 | she was appointed to the security of the European -- |
| | 13 | organization of security of Europe, in Europe. |
| | 14 | Q.   Okay.  Did you join a company in Vienna |
| 09:59 | 15 | when you moved there in 2006? |
| | 16 | A.   Yes. |
| | 17 | Q.   What company? |
| | 18 | A.   I joined Pristec AG. |
| | 19 | MR. McGRATH:  All right.  So for the court |
| 09:59 | 20 | reporter, this name is going to come up a lot. |
| | 21 | It's spelled P-R-I-S-T-E-C A-G. |
| | 22 | And during this deposition we may also |
| | 23 | refer to that company as PAG. |
| | 24 | THE COURT REPORTER:  Thank you. |
| | 25 | |

21

09:59   1      BY MR. McGRATH:

  2        Q.   Mr. Delgado, you'll understand when I ask

  3    you questions about PAG, I'm referring to Pristec

  4    AG, correct?

10:00   5        A.   Yes.

  6        Q.   Okay.  All right.  So from the time you

  7    graduated from the university in Russia -- and by

  8    the way, what was the name of that university that

  9    you got your master's degree?

10:00 10        A.   This is University of Jarkov.

11        Q.   Spell it, please.

12        A.   At that time it was institute.

13        MR. O'CONNOR:  So the record is clear, I

14        put a piece of paper next to him to write

10:00 15        these things down.  It's a blank piece of

16        paper.

17        MR. McGRATH:  Thank you.

18        MR. O'CONNOR:  Okay.  So he wrote the

19        Institute of Road and Bridges of Jarkov,

10:01 20        J-A-R-K-O-V, but he indicated, it is now the

21        University of Jarkov.

22        MR. McGRATH:  J-A-R-K-O-V.

23        MR. O'CONNOR:  O-V as in Victor?

24        MR. McGRATH:  Yes.

25

              22

10:01  1    BY MR. McGRATH:

2       Q.  Is that where you got your college degree

3  as well, Mr. Delgado?

4       A.  Yes, yes, yes.

10:01  5     Q.  All right.  So from the time you obtained

6  your Master's Degree in Civil Engineering until the

7  time that you joined Pristec AG in 2006, did any of

8  your work responsibilities involve oil or gas

9  refining?

10:01  10    A.  Not exactly.  Only asphalt.  Asphalt, but

11  not oil and gas.

12     Q.  Okay.  Only asphalt?

13     A.  Asphalt because road, road normally we

14  made road with asphalt, and asphalt is coming from

10:02  15  the oil, you know.

16     Q.  Okay.

17     A.  This is from the reservoir oil.

18     Q.  Thank you.

19       Where do you live right now?

10:02  20    A.  Now I'm back in Spain.

21     Q.  How long have you lived in Spain?

22     A.  I mean, officially I used to live there

23  from the beginning, but I never been there

24  physically, but now I'm physically there since

10:02  25  2000 -- I mean without moving from there to anyplace

23

10:15   1      A.     Yes.   Anthony Sichenzio, yes.

      2      Q.     To your knowledge, does Mr. Sichenzio have

      3   any ownership interest in New Vacuum Technologies?

      4      A.     No.

10:15   5      Q.     Now, at some point in time did you become

      6   a member of the board of a company called Pristec

      7   America, Inc., incorporated in New Jersey?

      8      A.     I'm a member of that -- of that board.

      9      Q.     Are you still a member of Pristec America,

10:15 10   Inc. New Jersey?

    11      A.     Yes, because I never resume from Pristec

    12   America.   I never resign, sorry, from Pristec

    13   America.

    14      Q.     At some point in time did you become a

10:15 15   member of the board of Pristec America Incorporated

    16   in Nevada?

    17      A.     Yes.

    18      Q.     Are you currently a member of the board of

    19   Pristec America Nevada?

10:16 20      A.     Yes.

    21      Q.     Do you have any stock ownership interest

    22   in Pristec America New Jersey?

    23      A.     I have -- I don't recall that.   I don't --

    24   I don't know that.   You see, normally in Pristec, in

10:16 25   the past, Pristec, I mean Pristec, I only in

                                                        34

| | | |
|---|---|---|
| 10:16 | 1 | technology subjects and vacuum.  I don't see the |
| | 2 | list of share orders.  I don't see -- I know in |
| | 3 | Pristec AG I used to have shares and I know how much |
| | 4 | in Pristec AG, but due to the fact that I never be |
| 10:16 | 5 | involved too much in the United States, then I don't |
| | 6 | know that United States.  I don't think so. |
| | 7 | Q.   All right.  So same question with respect |
| | 8 | to Pristec America, Inc. Nevada.  Do you know |
| | 9 | whether you own any shares in that company? |
| 10:17 | 10 | A.   No. |
| | 11 | Q.   Have you ever received any payments from |
| | 12 | Pristec America, Inc. New Jersey or Pristec America, |
| | 13 | Inc. Nevada? |
| | 14 | A.   No, I receive payment, no.  The payment I |
| 10:17 | 15 | receive before, it was the small money I got from |
| | 16 | Pristec AG, yes, and I know that money has come |
| | 17 | sometime from investors, but I don't know. |
| | 18 | Q.   So other than Pristec America, Inc., |
| | 19 | Nevada, and New Jersey, and New Vacuum Technologies, |
| 10:17 | 20 | are you involved in any other businesses currently |
| | 21 | with Mr. Laura? |
| | 22 | A.   No. |
| | 23 | Q.   Are you exploring any potential business |
| | 24 | opportunities with Mr. Laura other than relating to |
| 10:18 | 25 | New Vacuum Technologies? |

35

10:18  1        A.    No.

       2        Q.    You said you currently own -- that you own

       3   stock in Pristec AG, correct?

       4        A.    Pristec AG, as far as I know, it's not

10:18  5   exist anymore, but I used to have share there.

       6        Q.    How many shares?

       7        A.    18,000 shares, I think.

       8        Q.    Okay.  What is your understanding of the

       9   current status of Pristec AG?

10:18 10        A.    Again, please.

      11        Q.    What is your understanding of the current

      12   status of Pristec AG?

      13        A.    Since I left Pristec AG, I never spoke

      14   with them anymore.  They has been trying to get me

10:19 15   back soon, but I always told them that I'm not

      16   coming back as long as I don't see everything is

      17   made in the right way.  I mean, as I understood that

      18   they take care about orders and everything.  And I

      19   never contact them anymore.

10:19 20        Q.    Do you have any understanding that they

      21   are in bankruptcy?

      22        A.    Yes, because it has been published in the

      23   newspaper of Austria, and I know that they're in

      24   bankruptcy, but I don't know anything anymore about

10:19 25   that company.

                                                                36

10:28  1     BY MR. McGRATH:

       2         Q.    So those were the only two addresses you

       3     used for your work in connection with Pristec AG?

       4         A.    Yes.

10:28  5         Q.    Did you have any e-mail addresses in

       6     connection with your membership on the board of

       7     Pristec AG America New Jersey or Pristec AG America

       8     Nevada?

       9         A.    Pristec America, no.  Maybe they assign

10:29 10     me, but I never use it.  I don't have it.

      11         Q.    I just want to focus just a minute on

      12     Pristec America and Nevada.

      13               Who appointed you to the board of those

      14     companies?

10:29 15         A.    Rudi Nuerk and Joseph Laura.

      16         Q.    Did you ever attend any board meetings in

      17     connection with either of those companies?

      18         A.    In person, as far as I remember, maybe one

      19     time, but normally by phone, because they were in

10:29 20     America and I was in Europe.

      21         Q.    Okay.  What was the occasion that you may

      22     have attended in person?  What year was that?

      23         A.    I don't recall.

      24         Q.    Okay.  Do you remember what the purpose of

10:29 25     that in-person meeting was?

                                                            43

10:29  1         A.    I think it was to introduce me that I will

       2    be technology director in those company, in Pristec

       3    America and the next Pristec America.

       4         Q.    When was the last time that you performed

10:30  5    any service as a board member of Pristec America New

       6    Jersey or Pristec America Nevada?

       7         A.    So I think when I left Pristec AG, even if

       8    I did not resume, I never work -- I mean, I never

       9    make any service anymore at the moment.

10:30 10         Q.    Okay.  So you left Pristec AG, and do you

      11    remember what month in 2018?

      12         A.    I think it was September, ending of the

      13    year.

      14         Q.    Okay.  And so is it your testimony that

10:30 15    since 2018 you haven't done any services in

      16    connection with being a board member of Pristec AG

      17    of New Jersey or Nevada; is that correct?

      18         A.    No.  Yes, yes.

      19         Q.    Thank you.

10:31 20               Did you ever communicate by text message

      21    during your time at Pristec AG?

      22         A.    If I communicate?  Again, please.

      23         Q.    By text message, by phone text.

      24         A.    I don't think so.  Always e-mail.

10:31 25         Q.    E-mail or phone?

                                                                 44

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

11:11  1    never, no.

       2        Q.   Okay.  So you previously testified at the

       3    arbitration, correct?

       4        A.   Yes.

11:11  5        Q.   All right.  Have you testified in any

       6    other hearing or trial or arbitration other than

       7    that case?

       8        A.   Two arbitrations.  One was the first one

       9    by Mr. Joseph Laura in New York and another one

11:11 10    Spardel make another.

      11         MR. O'CONNOR:  Steve Spardel.

      12        A.   Steve Spardel.  And then I went there too

      13    but as a hearing.  In the end I testify there too.

      14    They ask me some questions.

11:12 15    BY MR. McGRATH:

      16        Q.   Other than the Spardel hearing and the

      17    hearing with Mr. Laura, have you testified in any

      18    other trial or hearing?

      19        A.   No, no.

11:12 20        Q.   On any subject at all?

      21        A.   No.  This is the third time now.

      22        Q.   Okay.  And my question, I'm not limiting

      23    my question to Pristec AG-related issues.  Did you

      24    ever testify in connection with anything else in

11:12 25    your life?

                                                           64

11:23  1    them.

2           MR. O'CONNOR:  You've got to spell that.

3           THE WITNESS:  It's Sparovich.

4           MR. O'CONNOR:  It's C-L-E-M-E-N-T-S,

11:23  5    Sparovich, S-P-A-R-O-V-I-C-H.

6       A.    But it was Rudi generally.

7    BY MR. McGRATH:

8       Q.    Okay.  And can you just describe generally

9    what your duties were at Pristec AG between 2006 and

11:23 10    2010 when you became the chief technology officer?

11      A.    So I was helping first understanding what

12   they're doing and then helping them in any activity

13   relating to the technology that there has been

14   developed at that time.  I was at the same time,

11:24 15    sometimes, not all the time, because they never

16   disclose to me, translate certain things with the

17   former chief technology officer at that time from

18   Russian and implemented the pilot, the first pilot

19   that they made in Seibersdorf.  This is a nuclear

11:24 20    institute located in Seibersdorf in Austria.  I was

21   in the ground implementing the first pilot of the

22   technology, oriented by the former chief technology

23   officer and getting the data, acquisition data for

24   them.  This two pilots we made at that time.  Two

11:25 25    pilots.  One was for them, and then another one was

73

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

| | | |
|---|---|---|
| 11:25 | 1 | in Mank to introduce -- I mean semi-industrial the |
| | 2 | pilot.  It was a small scale pilot. |
| | 3 | Q.   Mr. Delgado, I'm going to try to cut you |
| | 4 | off only so that we can make sure that the court |
| 11:25 | 5 | reporter understands what you're saying.  So just |
| | 6 | let me back up a little bit and ask a few more |
| | 7 | specific questions, if I can. |
| | 8 | Who is the former chief technology officer |
| | 9 | that you were referring to? |
| 11:25 | 10 | A.   I mean, at that time they introduce me a |
| | 11 | person called Selivanov.  He was a Russian -- a |
| | 12 | Russian science who was working in Pristec AG. |
| | 13 | Q.   His last name is Selivanov? |
| | 14 | A.   Yeah, together with him, he was not living |
| 11:26 | 15 | in Vienna, he was living in Russia, but he used to |
| | 16 | come and he was directed all the pilots, you know, |
| | 17 | that we made, and I was executing the pilots. |
| | 18 | Q.   All right.  So now you referred to -- I |
| | 19 | think you referred to two pilot programs.  One of |
| 11:26 | 20 | them you said was semi-industrial, and I'll ask you |
| | 21 | about that in a minute, but can you name -- I didn't |
| | 22 | catch the name of the other pilot that you were |
| | 23 | referring to. |
| | 24 | A.   One of them -- I mean both of them was in |
| 11:26 | 25 | the -- in the same place.  One was with Romanian |

74

| | | |
|---|---|---|
| 11:36 | 1 | patents, and you referred to one as a process and |
| | 2 | the other one as a -- I forget the word you just |
| | 3 | used now. |
| | 4 | A.   Calibration. |
| 11:36 | 5 | Q.   Process and calibration, thank you. |
| | 6 | A.   And the second one, yes. |
| | 7 | Q.   So we'll use those two phrases for |
| | 8 | shorthand for those two patents, okay? |
| | 9 | A.   Right. |
| 11:36 | 10 | Q.   Calibration patent and the process patent. |
| | 11 | A.   In U.S. it's one patent together. |
| | 12 | Q.   Right. |
| | 13 | A.   Because... |
| | 14 | Q.   But in Austria you filed two separate |
| 11:37 | 15 | patents, correct? |
| | 16 | A.   Yes. |
| | 17 | Q.   And just to go back to one of your prior |
| | 18 | answers, I want to make sure the record is clear. |
| | 19 | You said that the inventors of both of those |
| 11:37 | 20 | patents, right, were yourself? |
| | 21 | A.   Yes. |
| | 22 | Q.   And Mr. Chernikov? |
| | 23 | A.   Yes. |
| | 24 | Q.   Mr. Nuerk? |
| 11:37 | 25 | A.   Yes. |

82

11:39  1   didn't play any role in the scientific development

2   of those two patents.

3        A.   No, he explain -- he made explanation.  We

4   prepare him to explain due to the fact that he speak

11:39  5   very good English, and he was based in China and he

6   knew how the technology is working, but you know,

7   nothing more like that.

8        Q.   What was Mr. Anibal Veneciano's role in

9   developing those two technologies?

11:39 10       A.   Exactly almost the same because Anibal

11  used to be a director of Latin America in Pristec.

12  So he introduce Pristec to industrial pilot in

13  Venezuela and, you know, he was kind of director

14  too.

11:39 15       Q.   Okay.

16       A.   He knew the first technology support, the

17  first technology, and that's it.  The real people

18  who got science background was Mr. Fedor Chernikov

19  and me.

11:40 20       Q.   You just referenced Pristec Venezuela.

21  Was that a separate entity that Pristec was involved

22  in in 2009, 2010?

23       A.   No, it was a little bit later when we

24  create Pristec Venezuela.  They create Pristec

11:40 25  Venezuela as Pristec Venezuela.  It was certain

84

Case 1:18-cv-05075-HG-VMS   Document 182-2   Filed 01/05/24   Page 20 of 74 PageID #:
10313
Case 1:18-cv-05075-HG-VMS   Document 158-7   Filed 05/27/22   Page 69 of 203 PageID #:
9191

| | | |
|---|---|---|
| 11:40 | 1 | percentage Pristec AG and certain percentage, I |
| | 2 | don't remember exactly, because I was not involved, |
| | 3 | Pristec Venezuela.  I was thinking it's 25 and 75, |
| | 4 | something like that.  The purpose was to introduce |
| 11:40 | 5 | the Pristec technology in Venezuela, and we did. |
| | 6 | Q.   Okay.  Now, do you have an understanding |
| | 7 | that there was a separate patent for cold-cracking |
| | 8 | technology filed by Innovative Crude Technologies in |
| | 9 | the United States? |
| 11:41 | 10 | A.   I understand that they have upstreams |
| | 11 | based on that patent between -- yes, I hear about |
| | 12 | that, but it was upstream patent. |
| | 13 | (Reporter clarification.) |
| | 14 | A.   Upstream patent. |
| 11:41 | 15 | Yes, I was not involved in that patent. |
| | 16 | BY MR. McGRATH: |
| | 17 | Q.   That's what I was going to ask you.  You |
| | 18 | had no role in connection with developing that |
| | 19 | technology? |
| 11:41 | 20 | A.   No. |
| | 21 | Q.   Do you know -- have you ever read the |
| | 22 | patent application? |
| | 23 | A.   Not really. |
| | 24 | Q.   Do you have any understanding of how that |
| 11:41 | 25 | patent would interact with the patents that you were |

85

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

| | | |
|---|---|---|
| 11:42 | 1 | involved in? |
| | 2 | A.   No.   I understood that it was a patent for |
| | 3 | upstreams applications.   I mean, closer to get the |
| | 4 | oil from the bottom, you know, based on of course on |
| 11:42 | 5 | what we develop on the top, but I didn't -- I didn't |
| | 6 | participate. |
| | 7 | Q.   All right.   I just want to understand your |
| | 8 | answer there.   When you say -- when you refer to |
| | 9 | upstream, what are you referring to? |
| 11:42 | 10 | A.   I mean, normally the oil is below the |
| | 11 | ground in the reservoir in the bottom.   So why I |
| | 12 | address that patent is for that, to get oil from the |
| | 13 | ground, you know, to work in the reservoir. |
| | 14 | Q.   Okay.   So you had no involvement in |
| 11:42 | 15 | developing that technology? |
| | 16 | A.   No. |
| | 17 | Q.   And you have no -- you have no financial |
| | 18 | interest in that patent, correct? |
| | 19 | A.   Me, no. |
| 11:42 | 20 | Q.   All right.   Do you understand -- you know |
| | 21 | that the two -- the process and the calibration |
| | 22 | technology, there was a patent application filed in |
| | 23 | the United States for both of those, right? |
| | 24 | A.   Yes. |
| 11:43 | 25 | Q.   And do you know that the U.S. patent |

86

11:43  1  office has rejected a lot of the claims relating to

2  those two patent processes?

3      A.   I know that we got a patent in the U.S.,

4  but of course it's a normal process during the

11:43  5  acquisition of the patent.  I mean, they have the

6  right to reject what is not invention and approve

7  what is invention.  Till the end they reject

8  completely or they approve the patent.  So what I

9  know is we got the patent here in U.S.

11:43 10      Q.   Do you know what the scope of the patent

11  was compared to the original patent application?

12  Was it much more limited?

13      A.   It was -- the only thing they put together

14  was the calibration and process in one patent, which

11:44 15  is -- I don't remember the name exactly, but it's

16  like treatment of mineral oil, you know.  Treatment

17  of mineral oil by using acoustic wave, you know.

18  It's what we call cold cracking, you know.

19      Q.   What does the reference to mineral oil

11:44 20  mean?  Why was that phrase used "mineral oil"?

21      A.   Because we have, for example, different

22  type of oil.  So we wanted to address each -- to

23  crude oil, which is in the ground, but we could

24  treat that too, what you call it, any oil from the

11:44 25  reservoir, you know, use oil, we can improve the

87

Case 1:18-cv-05075-HG-VMS   Document 182-2   Filed 01/05/24   Page 23 of 74 PageID #:
10316
Case 1:18-cv-05075-HG-VMS   Document 158-7   Filed 05/27/22   Page 72 of 203 PageID #:
9194

11:44  1    quality of that oil, and this is oil too, you know.

2    It's not only to crude oil, but it could use to

3    grade contaminate motor oil, you know.  It could be

4    used to grade motor oil, you know.

11:45  5         Q.   So is it your understanding that the

6    reference to mineral oil is broader than just crude

7    oil?

8         A.   It's the patent, that patent was more

9    geared to atomic structure of oil.  So in this case,

11:45 10   oil, this type of oil that I'm telling you that is

11   inside that is cold, you know.

12        Q.   Okay.  So when you and the other inventors

13   of the process and calibration technology developed

14   your new technology, was there any dispute within

11:46 15   Pristec AG with the owners of the prior technology?

16        A.   It was what?

17        Q.   Was there any dispute with the owners of

18   the prior technology that Pristec was using?

19        A.   No, no.

11:46 20        Q.   Can you look at Exhibit 345, please.

21        MR. O'CONNOR:  Which page do you want him

22        to look at, sir?

23        MR. McGRATH:  Yes, hold on one second.

24        Page --

25

88

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

Case 1:18-cv-05075-HG-VMS   Document 182-2   Filed 01/05/24   Page 24 of 74 PageID #:
10317
Case 1:18-cv-05075-HG-VMS   Document 158-7   Filed 05/27/22   Page 82 of 203 PageID #:
9204

12:03 1   you and the other three individuals owned those two

2   patents, correct?

3      A.   Yes.

4      Q.   And you were licensing the right to use

12:03 5   those patents to Pristec AG in this agreement,

6   correct?

7      A.   To -- yes.

8      Q.   And then Pristec AG was going to license

9   that technology to Pristec America for use in

12:03 10   certain countries, correct?

11      A.   Yes.

12      Q.   Okay.  But you still owned those patents

13   as of this date, correct?  You were just granting

14   Pristec AG a license to use them.

12:04 15        MR. O'CONNOR:  Object to the form.  You're

16      asking legal conclusions, but you can go ahead

17      and answer.

18      A.   So the question is if we are -- still have

19   the patent.

12:04 20   BY MR. McGRATH:

21      Q.   At this time.

22      A.   Yes.

23      Q.   Yeah, okay.

24      A.   The license, yes.

12:04 25      Q.   Right.  Okay.  And do you remember when

99

02:02  1          Q.   Okay.  Thank you.

       2          So have you ever read the complaint that

       3  the Securities and Exchange Commission filed in this

       4  case against Mr. Laura, Mr. Sichenzio, and

02:03  5  Mr. Gil De Rubio?

       6          A.   No.

       7          Q.   All right.  I want to turn back to your --

       8  to the Delgado disclosure, which is Exhibit 1.  It's

       9  Tab 2.  And I would like to direct your attention to

02:03 10  paragraphs 8 and 9.  Let me know when you're there.

      11          MR. O'CONNOR:  You said it was exhibit

      12      which one?

      13          MR. McGRATH:  It's Tab 2 Exhibit 1.

      14          MR. O'CONNOR:  Got it.  And what page?

02:03 15      What paragraph?

      16          MR. McGRATH:  8 and 9.

      17          MR. O'CONNOR:  Okay.  Go ahead.

      18  BY MR. McGRATH:

      19          Q.   Mr. Delgado, there's a discussion about a

02:04 20  potential contract with the Egyptian Petroleum

      21  Corporation that I'll refer to as EGPC, and it

      22  states that a pilot project of the Pristec

      23  technology was performed for Dr. Fahim in Austria,

      24  and that he then began working to develop a project

02:04 25  in Egypt.

                                                              129

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

02:04   1          Do you see that?

       2     A.   Yes.

       3     Q.   Were you involved in the initial

       4  discussions regarding that pilot project?

02:04   5     A.   I was the one on the ground with the pilot

       6  with the technical team.

       7     Q.   All right.  When did you first begin

       8  discussions with somebody at EGPC regarding a

       9  potential contract using the Pristec technology?

02:05 10     A.   I mean, even before 2010 I remember

    11  conversations between Mahmoud and Rudi, I mean,

    12  about to finish the validation and see if they can

    13  start the approach to make a test with the oil from

    14  Egypt and develop and to use the technology and to

02:05 15  do so in Egypt.

    16     Q.   All right.  Now, if you look at paragraph

    17  12 of your report, of the disclosure, it says that

    18  there was a one-day test in your lab in Mank,

    19  Austria that Mr. Fahim was present for.  Do you see

02:05 20  that?

    21     A.   Yes.

    22     Q.   All right.  But after that test, they

    23  wanted to do a pilot project at their facility in

    24  Egypt, correct?

02:06 25     A.   Yes.

                                                                        130

| | | |
|---|---|---|
| 02:06 | 1 | Q.   And that pilot project was going to |
| | 2 | involve you getting the activators over to the EGPC |
| | 3 | location, correct? |
| | 4 | A.   Right. |
| 02:06 | 5 | Q.   And did those activators ever arrive at |
| | 6 | that location? |
| | 7 | A.   They were sent there, but I think at that |
| | 8 | time the political subject started in all Africa, |
| | 9 | North Africa, and then the project stop and the |
| 02:06 | 10 | machine return back. |
| | 11 | Q.   Are you talking about the Arab Spring? |
| | 12 | A.   Yes. |
| | 13 | Q.   And did that occur -- if you look at |
| | 14 | paragraph 15 of the disclosure, it says, "Arab |
| 02:06 | 15 | Spring occurred in Egypt in 2011 and PAG pulled out |
| | 16 | of Egypt quickly to protect the technology." |
| | 17 | Do you see that? |
| | 18 | A.   Yes. |
| | 19 | Q.   So between 29 -- I'm sorry, between 2009 |
| 02:07 | 20 | and the spring of 2011, was there any pilot project |
| | 21 | conducted in Egypt? |
| | 22 | A.   No, in Vienna.  In Vienna we made the |
| | 23 | demonstration, and the machine has been sent to -- |
| | 24 | later on after the validation of the second test to |
| 02:07 | 25 | Egypt, but then due to the fact that Arab Spring |

131

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

Case 1:18-cv-05075-HG-VMS   Document 182-2   Filed 01/05/24   Page 28 of 74 PageID #:
10321
Case 1:18-cv-05075-HG-VMS   Document 158-7   Filed 05/27/22   Page 106 of 203 PageID #:
9228

02:07   1   occur, then the project never started, and then send

2   the machine back.

3        Q.   And when you say the machine was sent

4   over, you're talking about, was it a hydrogen

02:07   5   activator or a carbon and hydrogen activator?  Which

6   one?

7        A.   At first they send hydrogen activator.

8             MR. O'CONNOR:  Hydrogen?

9             THE WITNESS:  Hydrogen.

02:07  10   BY MR. McGRATH:

11        Q.   Was that the only activator that was sent

12   over?

13        A.   As far as I know, yes, because the second

14   one doesn't reach due to the problem, yes.  It was

02:08  15   sent back.

16        Q.   Was the hydrogen activator eventually sent

17   back to Vienna?

18        A.   Yes.

19        Q.   When?

02:08  20        A.   During those days, but I don't know

21   exactly the date.  I mean, I know that they stop the

22   project, I never travel to Egypt.  I was in the

23   process to get a visa, and then that problem

24   happens, and then they decide to stop everything.

02:08  25   Then they send back the machine.  I'm sure, because

132

Case 1:18-cv-05075-HG-VMS   Document 182-2   Filed 01/05/24   Page 29 of 74 PageID #:
10322
Case 1:18-cv-05075-HG-VMS   Document 158-7   Filed 05/27/22   Page 107 of 203 PageID #:
9229

02:08    1    I used the machine later.

         2        Q.    And at the time that you were planning on

         3    this pilot project in Egypt, there was no contract

         4    in place where an Egyptian company had agreed to pay

02:08    5    you for any revenues processed using that

         6    technology, correct?

         7        A.    I mean, as I told you, I was not involved

         8    in all this stuff, but I knew more because at that

         9    time, I was chief technology, and I knew a lot of

02:09   10    conversation has been taking place due to pilot in

        11    Egypt, but I never check in detail.

        12        Q.    Okay.  So you didn't review any of the

        13    contract documents that were exchanged?

        14        A.    No.  I remember that I -- in the documents

02:09   15    I deliver to Kevin maybe something was about Egypt,

        16    but I never participate in that myself in those.

        17        Q.    Okay.  And after the Arab Spring political

        18    issues ended, did Pristec AG renew their discussions

        19    with EGPC to get them to go forward with the pilot

02:09   20    project?

        21        A.    I think so, but as far as I know, it never

        22    happen.

        23        Q.    Okay.  Were you involved -- were you

        24    involved in those discussions?

02:10   25        A.    No, I never been involved in this type of

                                                                133

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

02:10   1    discussion.

2    Q.   Okay.  All right.  In paragraph 9 of your

3    report you say -- it says -- it states that, "The

4    contract in Egypt was expected to be profitable with

02:10   5    profits flowing directly to the investors in the

6    United States by virtue of the corporate

7    relationships and shareholding as between ICT,"

8    which refers to Innovative Crude Technologies,

9    correct?

02:10  10    A.   Yes, yes, I see that.

11    Q.   "And PAI and PAG."

12    Do you see that sentence?

13    A.   Yes.

14    Q.   Now, in 2009 and 2010, what was your

02:11  15    understanding as to what the corporate relationship

16    was between ICT, PAG, and PAI?

17    A.   So as I told you, I have not been involved

18    deeply, but as the chief technology officer, I got

19    informed that everything is in order to raise money

02:11  20    and help the company, you know, to implement the

21    technology.  So everything was -- I mean, in a way

22    to support raising money and support the

23    shareholders.

24    Q.   Okay.  But, so try to listen to my

02:11  25    question carefully.  So in -- during the period 2009

134

Case 1:18-cv-05075-HG-VMS   Document 182-2   Filed 01/05/24   Page 31 of 74 PageID #:
10324
Case 1:18-cv-05075-HG-VMS   Document 158-7   Filed 05/27/22   Page 110 of 203 PageID #:
9232

02:13  1    of the issued shares in PAG had been obtained by

       2    ICT?  Did you know that at that time, or did you

       3    learn that subsequently?

       4         A.    No, I knew -- I knew that, but I never

02:13  5    participate in that process.  They told us that ICT

       6    is 50 percent, that Pristec AG is 50 percent and ICT

       7    is 50 percent, this I knew, but in 2011 when the

       8    machine -- that they wanted to send the machine, we

       9    wanted to go to Egypt, then they inform me that this

02:14 10    is the, you know, why ICT and PAG are part of a deal

      11    in Egypt.

      12         Q.    Okay.  So in paragraph 16, it states, if

      13    the project -- "In short, were the project

      14    profitable, there would be a direct flow of profits

02:14 15    back to the United States companies."

      16         Do you see that?

      17         A.    Yes.

      18         Q.    So are you saying here -- and this project

      19    was going to be from Pristec AG to Egypt, correct?

02:14 20         A.    Yes.

      21         Q.    And are you saying here that if that

      22    project had a profit, that somehow money from PAG

      23    would go back to the U.S. companies?

      24         A.    Have to.  It always was planned like that.

02:14 25         Q.    Okay.  So wait a minute.  I want to ask

                                                              136

02:14  1    you --

       2            MR. O'CONNOR:  Please don't cut him off.

       3        Please don't cut him off.  He was in the middle

       4        of a sentence.

02:15  5    BY MR. McGRATH:

       6        Q.   Finish your answer.

       7        A.   Always was planned like that, Pristec AG

       8    will -- Pristec AG, all the investor, including the

       9    investor of ICT in this case and Pristec America

02:15 10    will be paid, will get paid, because they support us

      11    all the time with the -- with the raising money and

      12    so on.

      13        Q.   And when you say the direct profits -- I'm

      14    sorry, the direct flow of profits back to the United

02:15 15    States company, are you saying that Pristec AG would

      16    declare a dividend and distribute that dividend back

      17    to ICT?

      18        A.   I don't know how this process working, but

      19    I assume -- I knew -- I understood that from

02:15 20    everything that we got through that project, the ICT

      21    investors and the investor of America have to get

      22    profit too, because we were together, you know.

      23        Q.   Do you know how profits are declared by an

      24    off-stream company?

02:16 25        A.   No, I don't know.

                                                            137

02:22  1   answered by telling me that Mr. Laura saved Pristec

2   AG, that has nothing to do with my question.  So

3   please try to listen to my questions carefully and

4   answer my questions, if you don't mind.

02:22  5       A.   Yes, but I never been in supervisory

6   board.

7       Q.   That's fine.  Thank you.

8           All right.  Can you look at paragraph 17

9   of the disclosure?  It states that, "The members of

02:22 10   the PAG management board approved of the actions

11   taken by defendant Laura to raise investor funds in

12   the United States in connection with the Egypt

13   project."

14           Do you see that statement?

02:22 15       A.   Yes.

16       Q.   Now, you were not yourself on the

17   management board of PAG in 2009 or 2010, correct?

18       A.   Not in 2010.  I was chief executive

19   officer executive board, yes.

02:23 20       Q.   Right, but you were not a member of the

21   management board in 2010, were you?

22       A.   There's a confusion.  In Europe -- I have

23   to explain that.  I don't know how it is in U.S.  In

24   Europe we have supervisory board and executive

02:23 25   board.  I don't know what is the meaning of

142

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

02:23   1   management board in this case.  If it is supervisory

     2   board, I was not a member, never.  I used to be a

     3   member in 2010 of executive board, which is chief

     4   technology officer, a chief executive officer and

02:23   5   chief operating officer in 2010.

     6        Q.   So your recollection is that you were on

     7   the management or the executive board in 2010?

     8        A.   Yeah, in 2010, executive board, yes.

     9        Q.   And when were you appointed to that

02:23  10   position?

    11        A.   In 2010.

    12        Q.   When in 2010, do you know?

    13        A.   Exactly I don't remember now, but I know

    14   it was 2010 a hundred percent.

02:24  15        Q.   And how long did your term last?

    16        A.   Till the time I left.  Till the time I

    17   left 2018, I used to be chief technology officer.

    18        Q.   Well, I understand that you were the chief

    19   technology officer, but that isn't the same thing as

02:24  20   being a member of the executive board, is it?

    21             MR. O'CONNOR:  Objection to form.

    22             MR. McGRATH:  I'm asking.

    23        A.   No.  In Europe executive board, chief

    24   technology officer is a member of executive board.

    25

                                                            143

| | | |
|---|---|---|
| 02:24 | 1 | BY MR. McGRATH: |
| | 2 | Q.   Okay.  All right.  So in paragraph 17 it |
| | 3 | states that, "The management board approved the |
| | 4 | actions taken by defendant Laura to raise investor |
| 02:24 | 5 | funds in the United States in connection with the |
| | 6 | Egypt project." |
| | 7 | So Mr. Laura was raising money in 2010, |
| | 8 | correct? |
| | 9 | A.   Yes.  Even before I seen, yes. |
| 02:24 | 10 | Q.   And some of that money, it's your |
| | 11 | understanding, was used to fund the Egypt project? |
| | 12 | A.   Yes. |
| | 13 | Q.   All right.  And so are you saying anything |
| | 14 | here more than that the board was aware of that and |
| 02:25 | 15 | agreed to accept that money? |
| | 16 | A.   No, I don't understand the question. |
| | 17 | MR. O'CONNOR:  I'm going to object to the |
| | 18 | form. |
| | 19 | A.   No, I don't understand the question.  So |
| 02:25 | 20 | you mean -- |
| | 21 | MR. O'CONNOR:  If you don't understand the |
| | 22 | question, you tell him you don't understand the |
| | 23 | question. |
| | 24 | A.   I don't understand the question, yes. |
| 02:25 | 25 | MR. O'CONNOR:  Because I don't understand. |

144

02:25   1     BY MR. McGRATH:

        2       Q.    Well, let me ask it a different way.

        3         When you say -- when it states here in

        4   paragraph 17 that, "The management board approved of

02:25   5   the actions taken by defendant Laura to raise

        6   investor funds in the United States in connection

        7   with the Egypt project," what is that referring to?

        8       A.    So he's referring in that meeting Laura

        9   has been had raising money for the Egypt project.

02:25 10       Q.    Okay. Were you involved in any

      11   negotiations or discussions about any of the

      12   contracts that Pristec AG entered into with ICT or

      13   PAI New Jersey in 2010, 2011, or 2012?

      14         MR. O'CONNOR: Objection to form.

02:26 15         You can answer.

      16       A.    Directly, no.

      17   BY MR. McGRATH:

      18       Q.    Okay. Did you ever read any of those

      19   contracts?

02:26 20       A.    I read them roughly, but I never

      21   participate regularly in those contracts, because I

      22   never got a signature.

      23       Q.    You never signed any contract on behalf of

      24   Pristec AG with ICT or PAI in 2010 or 2011, did you?

02:26 25       A.    This I don't recall, but I know that I was

                                                     145

02:26  1   in the meeting in -- concerning ICT when it was

       2   50/50 splitting, and 50 percent was for us, for

       3   Pristec AG, and the rest was for ICT.  This I

       4   remember I was in a meeting, and then nothing more,

02:27  5   as far as I remember.

       6        Q.   Okay.  All right.  And so were you back

       7   then in 2010 and 2011, were you personally familiar

       8   with any of the specific terms of any agreements

       9   between PAG and PAI and ICT other than the 50/50

02:27 10   split?

      11        A.   As I told you, no.  I read the papers, but

      12   I not -- I didn't participate in detail.

      13        Q.   Okay.  Now, why did -- what was PAG's

      14   financial position in 2010?  Did it need money?

02:28 15        A.   In 2010, yes.  In 2010, yes.  We needed

      16   money always.

      17        Q.   Can you look at paragraph 18 of the

      18   Castillo disclosure.  It says, "When the project in

      19   Egypt was canceled, Mr. Castillo traveled to the

02:28 20   United States along with Mr. Nuerk and engaged in

      21   meetings and high level discussions regarding the

      22   road to implementing the technology."

      23             When -- when was the project in Egypt

      24   canceled?  Are you talking about the spring of 2011?

02:28 25        A.   In 2011 I knew the machine came back, and

                                                        146

02:28 1    they told us we are not going to proceed due to the

2    situation.

3         Q.   Okay.  Was that the first time that you

4    traveled to the United States in connection with

02:29 5    Pristec AG business --

6         A.   Yes.

7         Q.   -- or have you been there before?

8         A.   No, it was the first time.

9         Q.   Okay.  Do you remember what month you

02:29 10   traveled to the United States?

11        A.   I don't remember.  I don't recall that.

12        Q.   Okay.  But it was in 2011?

13        A.   Yes, it was after the project in Egypt,

14   but I don't remember now, because I used to go to

02:29 15   Venezuela, yes, probably in that year too.

16        Q.   And how many times did you go to the

17   United States in 2011, if you remember?

18        A.   After that?

19        Q.   Yes.

02:29 20        A.   Oh, after that, been in Pristec I think --

21   been in Pristec I think one time more, but -- yes, I

22   came with Rudi.  Yes, I think two times during --

23   yes, no more.

24        Q.   Two times in total?

02:30 25        A.   With Pristec AG we talking about.

                                                          147

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

02:31  1    time with Rudi Nuerk and Joseph Laura and Tony, and

       2    we met a lot of people, but I don't remember who

       3    they are.

       4        Q.   Okay.  And the second trip, do you

02:31  5    remember how long that transcript lasted?

       6        A.   Yeah, the second trip, we was like one

       7    week, ten days maximum.

       8        Q.   And what was the purpose of that trip?

       9        A.   That was in the end -- in the end when I

02:31 10    was about to finish with Pristec that I came here

      11    too, because they wanted to make a settlement, but

      12    in the end nothing happen.  And the purpose was to

      13    come here and speak with the shareholders, you know,

      14    with investor, that they want to invest in Pristec.

02:32 15        Q.   Okay.  Can you look at paragraph 19 of the

      16    Delgado disclosure, please?

      17        A.   Yes.

      18        Q.   It states, "Mr. Castillo was engaged with

      19    a project for Petroleos --" that's

02:32 20    P-E-T-R-O-L-E-O-S -- "de Venezuela S.A. --" and the

      21    acronym for that which is what I'll refer to it as

      22    is PDVSA "-- during the period 2011 through 2015.

      23    He split his time between the Venezuela project and

      24    a project in Tallinn --" T-A-L-L-I-N-N -- "Estonia."

02:32 25             Do you see that paragraph?

                                                          149

| | | |
|---|---|---|
| 02:32 | 1 | A.   Yes. |
| | 2 | Q.   So were you involved in the initial |
| | 3 | discussions with PDVSA regarding a project there? |
| | 4 | A.   Yes.  At that time, yes.  And Nuerk was |
| 02:33 | 5 | there and was involved, because I'm Spanish, I |
| | 6 | participate more on that. |
| | 7 | Q.   And can you tell me generally -- was that |
| | 8 | also a pilot project? |
| | 9 | A.   It was due to implementation of the |
| 02:33 | 10 | technology in Venezuela, we started in a cluster |
| | 11 | working 24 hours. |
| | 12 |        (Reporter clarification.) |
| | 13 | A.   We started in a cluster.  Cluster call a |
| | 14 | group of oil wells, oil wells. |
| 02:33 | 15 |        MR. O'CONNOR:  Cluster, C-L-U-S-T-E-R, of |
| | 16 |    oil wells? |
| | 17 |        THE WITNESS:  Yes. |
| | 18 |        MR. O'CONNOR:  Okay. |
| | 19 | A.   And the purpose was start with -- in one |
| 02:33 | 20 | cluster was two wells and then improve the |
| | 21 | implementation up to 2, 3,000 barrels per day. |
| | 22 | Q.   Let me direct your attention to Exhibit 23 |
| | 23 | or Tab 23. |
| | 24 |        MR. O'CONNOR:  We're there. |
| | 25 | |

150

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

|         |    |                                                              |
|---------|----|--------------------------------------------------------------|
| 02:34   | 1  | BY MR. McGRATH:                                               |
|         | 2  | Q.   Okay.  So Mr. Delgado, this is an e-mail.               |
|         | 3  | MR. McGRATH:  I'm sorry.  Court Reporter,                    |
|         | 4  | is this going to be Exhibit 5?                                |
| 02:34   | 5  | THE COURT REPORTER:  Yes.                                     |
|         | 6  | MR. McGRATH:  All right.  Thank you.                          |
|         | 7  | (Thereupon, marked as Exhibit 5.)                            |
|         | 8  | BY MR. McGRATH:                                               |
|         | 9  | Q.   This is an e-mail from Joseph Laura                     |
| 02:34   | 10 | addressed to "Dear Doctor" dated December 10, 2011,         |
|         | 11 | and in the first paragraph third sentence says, "For        |
|         | 12 | your information, Pristec is currently completed            |
|         | 13 | installation of our technology in Venezuela.  Our           |
|         | 14 | chief technology officer, Mr. Joe Miguel Delgado            |
| 02:35   | 15 | Castillo, arrived in Venezuela earlier today.  The          |
|         | 16 | purpose of his trip is to oversee completion of the         |
|         | 17 | installation process and to begin pilot testing.           |
|         | 18 | Our expectations are to begin testing by mid                |
|         | 19 | January 2012."                                               |
| 02:35   | 20 | Do you see that?                                             |
|         | 21 | A.   Yes.                                                    |
|         | 22 | Q.   And was that your expectation at the time,             |
|         | 23 | that you would begin conducting the pilot testing in        |
|         | 24 | approximately mid January 2012?                              |
| 02:35   | 25 | A.   It was the -- it was the plan.                          |

151

02:35   1          Q.   And did you actually begin the pilot

        2    testing in 2012?

        3          A.   I think no.  We delay a little bit to

        4    start -- to complete the whole project installation.

02:35   5          Q.   When did the pilot testing actually take

        6    place?

        7          A.   After that ending last quarter I think

        8    from '12 to '14, I think.  To the time -- yes.

        9               MR. O'CONNOR:  You have to speak into the

02:36  10          mic.

       11               THE COURT REPORTER:  No, we can't hear

       12          you.

       13    BY MR. McGRATH:

       14          Q.   Would that take it until approximately

02:36  15    July 2014?

       16          A.   Yes.  In July 2014, we remained there, but

       17    the activity was coming down more and more and more

       18    to the time the situation became out of our hands,

       19    and then we send back the machine from -- from

02:36  20    Venezuela.

       21          Q.   So what was the reason for why it took so

       22    long between the mid January 2012 date to the

       23    July 2014 date?

       24          A.   Because -- no.  It take long, because the

02:36  25    process without stopping all the time.  What took

                                                              152

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

Case 1:18-cv-05075-HG-VMS   Document 182-2   Filed 01/05/24   Page 43 of 74 PageID #:
10336
Case 1:18-cv-05075-HG-VMS   Document 158-7   Filed 05/27/22   Page 131 of 203 PageID #:
9253

```
02:45   1          you're not annunciating as much.

        2               THE WITNESS:  Sorry.

        3               MR. O'CONNOR:  So it's harder to hear you.

        4       I know, it's late in the day.

02:45   5               THE WITNESS:  I'll try my best.

        6       BY MR. McGRATH:

        7          Q.   So paragraph 19 of the disclosure also

        8       makes reference to a project in Tallinn,

        9       T-A-L-L-I-N-N, Estonia.  Do you see that?

02:45  10          A.   Yes.

       11          Q.   Were you involved in the preparation for

       12       that project?

       13          A.   Yes.

       14          Q.   When did you -- when did you first start

02:45  15       planning to do a pilot project in Tallinn, Estonia?

       16          A.   It was the same year, but I went to

       17       Venezuela.  I was traveling to one place, travel to

       18       another one.  I prepare some specialist in

       19       Venezuela.  I prepare -- I took from Vienna some

02:46  20       people to go with me to Tallinn.  So it was in 2011

       21       when we execute that project.

       22          Q.   Okay.  Can you look at Document Number 14,

       23       please.  It's entitled "Risk Analysis Report Vesta

       24       terminal," V-E-S-T-A, in Tallinn.  I guess this is

02:47  25       going to be Exhibit 6.
```

                                                                    158

```
02:47  1              (Thereupon, marked as Exhibit 6.)
       2     BY MR. McGRATH:
       3        Q.    Let me know when you have that up.
       4        A.    Yes.
02:47  5        Q.    Okay.  Do you see on the first page under
       6     Pristec AG, it has Miguel Delgado?
       7        A.    Yes.
       8        Q.    Is that you?
       9        A.    Yes.
02:47 10        Q.    Did you participate in the preparation of
      11     this Risk Analysis Report?
      12        A.    I submit that from the -- from the test --
      13     I mean from the pilot.
      14        Q.    Right.  And what's the purpose of a Risk
02:47 15     Analysis Report?
      16        A.    The purpose is prove that the technology
      17     is ready for implementation.
      18        Q.    And when was that pilot project supposed
      19     to take place in Tallinn?
02:48 20        A.    That year, 2011.
      21        Q.    Okay.  And isn't it a fact it didn't take
      22     place until the spring of 2012?
      23        A.    Not really.  You see, the time we make
      24     demonstration for Egyptian person, we invite too a
02:48 25     person called Daniel Summers.
```

159

02:48   1            (Reporter clarification.)

        2       A.   Daniel Summers, this is the person who was

        3   in charge of Vesta project, and he participate in

        4   validations before, but he prepare everything for

02:48   5   that year.  It was planned for that year.

        6   BY MR. McGRATH:

        7       Q.   So do you know Walter Gil De Rubio?

        8       A.   Yes.

        9       Q.   Was he involved in setting up the pilot

02:49  10   project in Tallinn, Estonia?

       11       A.   Yeah, he was with me there in Tallinn in

       12   Estonia.

       13       Q.   Okay.  Why did you send -- why was he sent

       14   there?

02:49  15       A.   My presentation of American investor, I

       16   mean U.S. investor.

       17       Q.   Did Pristec AG have any employees working

       18   there?

       19       A.   In what?

02:49  20       Q.   Did Pristec AG have any employees working

       21   at the Tallinn pilot project?

       22       A.   Yeah, the technology that I prepare, me

       23   myself, yes.

       24       Q.   But during what period of time was the

02:49  25   project running in Tallinn?  What months did it

                                                              160

02:49  1   operate?

2   A.   We process several thousand ton there in

3   the big tanks, you know.  Two, three weeks I see we

4   operate.  Then we got to break down.  Then we make

02:50  5   maintenance and then we continue again.

6   THE COURT REPORTER:  I'm sorry.  I'm not

7   understanding.

8   A.   Maintenance, we make maintenance and

9   refurbish one of the machine, and then we continue

02:50 10   till the time, because the project was to finish

11   7,000 tons 24 hour.  And then we finish it, and then

12   after that, we stop.

13   BY MR. McGRATH:

14   Q.   So how many different days did you run the

02:50 15   pilot project there?

16   A.   No.  We ran continuously without stopping,

17   24 hour.

18   Q.   For how many days?

19   A.   Seven, ten days, then we got to break

02:50 20   down, and then we refurbish and then we continue

21   again, and we continue working for a couple of --

22   24-hour, you know, seven days without stopping.

23   Q.   So how many -- can you approximate how

24   many total days the project ran there?

02:51 25   A.   No, I can't tell you, but I know that

161

02:51  1    continuously we run that material 7,000 tons was 24

       2    hours seven days without stopping.

       3         Q.    So you're talking about running the same

       4    material through the system 24 hours a day, day

02:51  5    after day?

       6         A.    Yes, seven day continuous.

       7         Q.    Okay.  And what was the purpose of doing

       8    that?

       9         A.    The process of implementation of the

02:51 10    technology mix that approach to be that for

      11    implementation.  Nobody see the system working

      12    24-hour without interruption and delivering the

      13    resource.  So the purpose was to show that this is

      14    the transition between the lab scale and tutor scale

02:51 15    for what we call flexibility, test.

      16         Q.    And how many days were you there?

      17         A.    I was there like two months in total.

      18    Two, three months, yes.

      19         Q.    I'm sorry, did you say you were there two

02:52 20    to three months?

      21         A.    Two to three months.

      22         Q.    Continuously?

      23         A.    No.  Remember, I have to go myself.

      24    People were there.  I have to go to Venezuela.  I

02:52 25    have to come back to Vienna, but I was -- I was

                                                              162

02:53  1        Q.    Okay.   The next document is Exhibit 30.

2   I'm having trouble opening it up on my end.   Why is

3   it not opening.

4        Are you able to open that document?

02:54  5        A.    Which one?

6        MR. O'CONNOR:   I'm in 30, yeah.

7        MR. McGRATH:   Yeah, sorry.   Mine is not

8   opening for some reason here.   Hold on.

9        THE COURT REPORTER:   This is the reporter.

02:54  10   Just for clarification, is 30, 31, and 32

11   Exhibit 6?

12        MR. McGRATH:   No.   Make 32 Exhibit 6, and

13   then make 30 Exhibit 7, and 31 Exhibit 8,

14   please.

02:54  15        (Thereupon, marked as Exhibits 6A, 7, and

16   8.)

17   BY MR. McGRATH:

18        Q.    I can't personally seem to open this one.

19   But Mr. Delgado, is this also a certified test

02:54  20   result that took place on June 18, 2012?

21        A.    Yes.

22        Q.    And were you present for that one?

23        A.    Yes, I was present.

24        Q.    Okay.   And now for -- okay, now I got it.

02:54  25   Okay.

164

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

| | | |
|---|---|---|
| 02:55 | 1 | Exhibit 32 -- I'm sorry, now we're back at |
| | 2 | 30, Exhibit 30.  I was able to open it. |
| | 3 | All right.  Now I'm on 31.  Is that also |
| | 4 | an analytical report done by SGS on June 18, 2012 |
| 02:55 | 5 | for a sample? |
| | 6 | A.    One second. |
| | 7 | Q.    Do you see that? |
| | 8 | A.    Yes. |
| | 9 | Q.    Okay.  So other than these three certified |
| 02:55 | 10 | test results that I just showed you, were there any |
| | 11 | other certified test results performed at the |
| | 12 | Tallinn location? |
| | 13 | A.    As far as I remember, I only seen the |
| | 14 | final validation of the technology by the management |
| 02:55 | 15 | of the terminal.  There is a report that the |
| | 16 | technical director issue about the technology ready |
| | 17 | for implementation. |
| | 18 | MR. McGRATH:   Kevin, do you want just to |
| | 19 | take a five-minute break, because I think the |
| 02:56 | 20 | witness, as you say, is getting a little tired, |
| | 21 | and we're having a little trouble understanding |
| | 22 | him, but maybe just a couple short breaks? |
| | 23 | MR. O'CONNOR:   Sure. |
| | 24 | MR. McGRATH:   All right.  So it's five to |
| 02:56 | 25 | 3:00.  Let's resume a few minutes after three, |

165

| | | |
|---|---|---|
| 02:56 | 1 | if that's all right. |
| | 2 | MR. O'CONNOR:  Sure. |
| | 3 | THE VIDEOGRAPHER:  Okay.  The time is |
| | 4 | 2:56 p.m.  We are now off the record. |
| 02:56 | 5 | (Recess taken.) |
| | 6 | THE VIDEOGRAPHER:  All right.  The time is |
| | 7 | 3:02 p.m.  We are now on the record. |
| | 8 | BY MR. McGRATH: |
| | 9 | Q.   Mr. Delgado, the testing that was done in |
| 03:02 | 10 | Tallinn, Estonia, did that result in Pristec AG |
| | 11 | entering into a commercial contract with the |
| | 12 | Estonian company? |
| | 13 | A.   Yes, it was the purpose. |
| | 14 | Q.   I'm sorry? |
| 03:02 | 15 | A.   It was the purpose to enter into |
| | 16 | commercial contract. |
| | 17 | Q.   Right, but did they actually sign a |
| | 18 | contract with PAG after the test period? |
| | 19 | A.   No. |
| 03:02 | 20 | Q.   Why not? |
| | 21 | A.   As far as I understood, Mercuria sold that |
| | 22 | terminal to the Chinese company. |
| | 23 | (Reporter clarification.) |
| | 24 | A.   No, Vesta, the owner of the Vesta |
| 03:03 | 25 | terminal. |

166

03:03    1       BY MR. McGRATH:

         2           Q.    The owner of the Vesta terminal sold the

         3       facility to the Chinese?

         4           A.    Yes, to Chinese, and then I think

03:03    5       everybody was scared at that time about China, so

         6       they didn't proceed.

         7           Q.    Okay.  So what happens to the equipment

         8       that was in Tallinn?

         9           A.    We send back.  We say -- it cost us a lot,

03:03   10       but we send back to -- we go back to Austria.

        11           Q.    Okay.  Now, after that, were you involved

        12       in negotiations to do a pilot project with any

        13       companies in Mexico?

        14           A.    Yes.  As I told you, I went to Mexico;

03:04   15       Pemex.

        16           Q.    Pemex, P-E-M-E-X?

        17           A.    I went to Mexico.  I was not involved in

        18       any negotiation, but I was in Mexico to make a

        19       presentation in Pemex with a lot of engineers and

03:04   20       the technical stuff with Pemex at that time, and we

        21       invite Pemex to Venezuela as well to see what we

        22       were doing as well to identify one of test, and they

        23       want us to go to Mexico and make the pilot case in

        24       Mexico to demonstrate the technology in Pemex.

03:04   25           Q.    Okay.  So I just want to open up another

                                                                  167

03:06  1          Q.    And if you look at page 3 of the letter,

       2     there's a list of attachments as described as the

       3     Pristec Pemex-refinancion contract, a list of

       4     activities and timeline for completion, Pristec

03:07  5     cold-cracking technology patent documents, certified

       6     tests -- certified results of tests conducted by

       7     Tecon, Saybolt, SGS, and Core Labs and some joint

       8     venture financials, correct?

       9          A.    Yes.

03:07 10          Q.    So did you help put together the certified

      11     test results that were included in this?

      12          A.    Yes, I deliver those test results.

      13          Q.    Okay.  And did you try to collect all of

      14     the certified test results that had been conducted

03:07 15     to date?

      16          A.    Yes, normally we have backup account.

      17          Q.    You have a what?

      18          A.    A backup of all certificates of Pristec.

      19     We have a folder there, and I share with my team to

03:07 20     motivate them sometimes, you know, to show what we

      21     achieve.

      22          Q.    And what was the planned pilot project for

      23     Pemex?  What was that supposed to consist of?

      24          A.    Yes.  I mean, the plan all the time was

03:08 25     implementation of the technology in different branch

                                                                  169

03:08   1    of Pemex, you know.  So this was the plan.  So the

        2    intention behind all those visit and presentations,

        3    documentation.

        4        Q.    Had the Pemex officials, did you say they

03:08   5    had visited the pilot project in Venezuela?

        6        A.    Yes.  A team from Mexico came to Venezuela

        7    and see the results with Orinoco Oil.

        8              (Reporter clarification.)

        9        A.    Orinoco oil.

03:08  10    BY MR. McGRATH:

       11        Q.    Orinoco, O-R-I-N-O-C-O?

       12        A.    Yes.  Orinoco oil, and then they said we

       13    have to implement a pilot in Mexico to see what

       14    achievement we can get with Pemex oil, which is

03:09  15    different from Venezuela.

       16        Q.    Okay.  So they wanted to see whether the

       17    oil that they used would be susceptible of the

       18    processing with your equipment that would be

       19    successful for them?

03:09  20        A.    Yes.  If we pass the pilot test, then we

       21    would go to commercial.

       22              (Reporter clarification.)

       23              MR. McGRATH:  If they would pass the pilot

       24        test, then they would go to a commercial

03:09  25        contract.

                                                                170

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

03:26   1    refer to that, and the comments outside too, you

        2    know, you can't avoid that when you working with

        3    Pristec AG.

        4         Q.   So you're saying that you heard this from

03:26   5    somebody outside of the arbitration?

        6         A.   Even -- even Pristec AG, when I used to be

        7    there, some of the comments, some of the -- they

        8    mention to me the problem, you know, the problem

        9    with the SEC, but I don't know what is that.  I

03:26  10    never participate in that.

       11         Q.   Okay.  Just a quick question going back to

       12    the Tallinn pilot project.  This is separate from

       13    paragraph 41.  I just have a question regarding your

       14    prior testimony.

03:27  15              You said that in Tallinn they were running

       16    the product through the machines through the

       17    activators 24 hours a day for a number of days at a

       18    time?  Do you remember that testimony?

       19         A.   Yeah, seven days 24 hours.

03:27  20         Q.   Okay.  Was it -- just so I understand, was

       21    it the same material going through it day after day?

       22         A.   Yes, 7,000 ton, one type of material.

       23         Q.   All right.  And was the purpose of that

       24    test to just make sure that the activators could

03:27  25    continue to process that volume of oil 24/7?

                                                              182

03:27  1      A.    Yes, one of the purpose, yes.

2      Q.    Okay.  And what, if any, other purpose was

3  there?

4      A.    To validate that the technology ready for

03:28  5  implementation, I mean to achieve the quality

6  results.

7           (Reporter clarification.)

8      A.    The results, the quality of the product

9  that is in accordance with the standards, you know.

03:28 10  We don't damage the product.

11  BY MR. McGRATH:

12      Q.    So this is the part I don't understand.

13  So if you take -- like, how many barrels of oil were

14  you running through at one time?

03:28 15      A.    300 -- 250 barrels per hour.

16      Q.    Okay.  So 250 barrels of oil an hour goes

17  through the activators.

18      A.    Yes.

19      Q.    And then it ends up at what, in another

03:28 20  tank, and then it gets recycled?

21      A.    No, no, no, no.  From one tank to second

22  tank, that's it.  From tank to tank.

23      Q.    So when it goes from tank A to tank B,

24  what happens to the oil when it's in tank B?

03:29 25      A.    We improve the quality of the product.

183

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
04:06    1    only process 5,000 barrels a day.  So you would only

         2    get 20,000 barrels with four units.

         3         A.   Yes, you are right.

         4         Q.   So I'm asking for 200,000 barrels.

04:06    5         A.   Oh, for 200,000.  So we need between 18

         6    and 20 machines.  It's just mathematically assumed,

         7    you know.

         8         Q.   Yeah.  So for 200,000 barrels, you would

         9    need 40 activator units.

04:06   10         A.   Yes, plus or minus, because you see, the

        11    5,000 barrel per day is average.

        12         Q.   Right.

        13         A.   Yes.

        14         Q.   Okay.  And so -- and were you also saying

04:07   15    that for every four units that you're going to use,

        16    you would want to have one extra?

        17         A.   No, not really.  When you have a bunch of

        18    unit, you need, depending on the quantity, one or

        19    two spare.  For 20, you need, for example, two, yes,

04:07   20    but for less, one.

        21         Q.   Okay.  So Pristec AG has never conducted a

        22    pilot project that involved more than one activator

        23    unit running at a time, right?

        24         A.   No, sorry.  We use two, three activator at

04:07   25    a time through pilot.  In Venezuela we use two.  In
```

199

04:07  1    Tallinn we use two.  In China we use three.

       2         Q.   Okay.  Well, when you say in Tallinn you

       3    used two, you're talking about one hydrogen and one

       4    carbon activator, correct?

04:08  5         A.   Yes.

       6         Q.   All right.  But have you ever used more

       7    than one hydrogen and carbon activator at a time?

       8    Like, did you ever use two carbon and one hydrogen

       9    activator at a time?

04:08 10         A.   In China.

      11         Q.   Okay.  Other than in China, anywhere else?

      12         A.   No.

      13         Q.   Can you look at -- I'm sorry.  Exhibit --

      14    so paragraph 73, please.

04:08 15              Let me know when you've read that

      16    paragraph.

      17         A.   Yes.

      18         Q.   So the second sentence -- I'm sorry, the

      19    third sentence of paragraph 73 says -- I'm sorry.

04:09 20    I'm going to correct myself again.

      21              The fourth sentence says, "To operate up

      22    to 20 units in one location, the Pristec technology

      23    only requires two people, an employee on the floor

      24    and an employee in the control room."

04:09 25              Do you see that?

                                                              200

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

Case 1:18-cv-05075-HG-VMS   Document 182-2   Filed 01/05/24   Page 58 of 74 PageID #:
10351
Case 1:18-cv-05075-HG-VMS   Document 158-7   Filed 05/27/22   Page 176 of 203 PageID #:
9298

| | | |
|---|---|---|
| 04:19 | 1 | THE WITNESS:  And then -- |
| | 2 | MR. O'CONNOR:  Not the -- not the -- |
| | 3 | THE WITNESS:  No, this is part of the |
| | 4 | machine, because this is electrical motor.  All |
| 04:19 | 5 | this -- all this is the machine, yes.  The |
| | 6 | motor plus the activator part. |
| | 7 | And then the right one, the smaller one is |
| | 8 | hydrogen activator. |
| | 9 | (Reporter clarification.) |
| 04:19 | 10 | THE WITNESS:  The right side of the |
| | 11 | picture, the small machine that we saw there, |
| | 12 | it is the hydrogen activator. |
| | 13 | MR. O'CONNOR:  Hydrogen activator on the |
| | 14 | right side of the image. |
| 04:19 | 15 | THE WITNESS:  Yes. |
| | 16 | BY MR. McGRATH: |
| | 17 | Q.   And what are the cylinders in the middle |
| | 18 | between the two activators? |
| | 19 | A.   This is reductors to reduce the pressure. |
| 04:20 | 20 | (Reporter clarification.) |
| | 21 | BY MR. McGRATH: |
| | 22 | Q.   Reductors to reduce the pressure? |
| | 23 | A.   Yes, to reduce pressure; to control and |
| | 24 | reduce pressure. |
| 04:20 | 25 | Q.   All right.  And do you know where this |

208

| | | |
|---|---|---|
| 04:20 | 1 | picture was taken? |
| | 2 | A.   In Venezuela. |
| | 3 | Q.   In Venezuela? |
| | 4 | A.   Yes, I was there. |
| 04:20 | 5 | Q.   Okay. |
| | 6 | A.   It was even -- it was even not finish at |
| | 7 | that moment the system.  It has been calibrating, |
| | 8 | commissioning, it was working but not finish |
| | 9 | completely yet. |
| 04:20 | 10 | Q.   Okay.  When the activators were in |
| | 11 | operation in Venezuela, were they in this setting |
| | 12 | here, or were they moved somewhere else in the |
| | 13 | plant? |
| | 14 | A.   No, the same setting.  The same setting. |
| 04:20 | 15 | Q.   Okay.  And where would the feeder fuel |
| | 16 | enter this system? |
| | 17 | A.   In the black tank, the small one.  The |
| | 18 | small one.  It's coming from this tank. |
| | 19 | MR. O'CONNOR:  You're pointing to the |
| 04:21 | 20 | outside. |
| | 21 | A.   It's coming from the well, then it's going |
| | 22 | to all auxillary equipment, separator, heaters, and |
| | 23 | then it's going to that tank, this one. |
| | 24 | MR. O'CONNOR:  He's pointing to the large |
| 04:21 | 25 | tank that's through the bars in the back. |

209

| | | |
|---|---|---|
| 04:21 | 1 | BY MR. McGRATH: |
| | 2 | Q.   Okay. |
| | 3 | A.   And after that, it's going to this. |
| | 4 | MR. O'CONNOR:  Then it comes to the small |
| 04:21 | 5 | auxiliary tank -- |
| | 6 | THE WITNESS:  Yes. |
| | 7 | MR. O'CONNOR:  -- which is here on the |
| | 8 | left, far left side of the image -- |
| | 9 | THE WITNESS:  Yes. |
| 04:21 | 10 | MR. O'CONNOR:  -- in the corner of the |
| | 11 | building. |
| | 12 | THE WITNESS:  Yes. |
| | 13 | A.   And then it's going, depending on the type |
| | 14 | of calibration, both of them at the same time or to |
| 04:21 | 15 | one first and then second later. |
| | 16 | MR. O'CONNOR:  Okay. |
| | 17 | BY MR. McGRATH: |
| | 18 | Q.   So it could go into either the hydrogen |
| | 19 | and then the carbon or both depending on what you're |
| 04:21 | 20 | doing? |
| | 21 | A.   Yes. |
| | 22 | Q.   Okay.  And then where does the fluid go |
| | 23 | after it leaves this system? |
| | 24 | A.   Again. |
| 04:22 | 25 | MR. O'CONNOR:  Where does it -- after it's |

210

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

|       |    |                                                        |
|-------|----|--------------------------------------------------------|
| 04:23 | 1  | resume a little after 4:30.                            |
|       | 2  | MR. O'CONNOR:  All right.  Thanks.                     |
|       | 3  | THE VIDEOGRAPHER:  Okay.  The time is                  |
|       | 4  | 4:23 p.m.  We are now off the record.                  |
| 04:23 | 5  | (Recess taken.)                                        |
|       | 6  | THE VIDEOGRAPHER:  All right.  The time is             |
|       | 7  | 4:32 p.m.  We are now on the record.                   |
|       | 8  | MR. McGRATH:  All right.  Mr. Delgado, I               |
|       | 9  | don't have any more questions for you at this          |
| 04:32 | 10 | time.  Thank you very much.  I appreciate your         |
|       | 11 | willingness to answer my questions.                    |
|       | 12 | MR. O'CONNOR:  Okay.  I have a few                     |
|       | 13 | follow-up questions.  Can you guys hear me             |
|       | 14 | okay?                                                  |
| 04:33 | 15 | MR. McGRATH:  Yeah.                                    |
|       | 16 | MR. O'CONNOR:  All right.  Now, Kevin                  |
|       | 17 | McGrath, I did forward to you an exhibit.  I           |
|       | 18 | would just check your e-mail just to make sure         |
|       | 19 | you got it.                                            |
| 04:33 | 20 | MR. McGRATH:  Hold on.  Let me just check.             |
|       | 21 | MR. O'CONNOR:  While you're looking for                |
|       | 22 | that, I'll just get moving here.                       |
|       | 23 | EXAMINATION                                            |
|       | 24 | BY MR. O'CONNOR:                                       |
| 04:33 | 25 | Q.   Mr. Delgado, you were asked some questions        |

212

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

| | | |
|---|---|---|
| 04:42 | 1 | have every right to say that the patent rights were |
| | 2 | held by Pristec AG? |
| | 3 | A.     The patent -- |
| | 4 | MR. McGRATH:  Objection to the form of the |
| 04:42 | 5 | question. |
| | 6 | BY MR. O'CONNOR: |
| | 7 | Q.     You can answer. |
| | 8 | A.     The patent belong to -- at that time was |
| | 9 | belonging to Pristec AG. |
| 04:42 | 10 | Q.     No, I understand that now you have a |
| | 11 | belief that it has reverted to you, right? |
| | 12 | A.     Yeah. |
| | 13 | Q.     Okay.  But that hasn't been adjudicated |
| | 14 | yet, right?  That hasn't been decided yet? |
| 04:42 | 15 | A.     No, no, no, it's in the lawyer. |
| | 16 | Q.     Okay.  Have you ever heard it said ever |
| | 17 | other than us being here today that Pristec America |
| | 18 | didn't have the right to market the Pristec |
| | 19 | technology? |
| 04:42 | 20 | A.     That didn't have the right? |
| | 21 | Q.     Yes. |
| | 22 | A.     No. |
| | 23 | Q.     At all times were you on the board of |
| | 24 | Pristec America? |
| 04:42 | 25 | A.     On the board of Pristec America, yes. |

221

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

04:42  1          Q.    Okay.  Were you also on the board of an

       2     entity named Pristec Refining Technologies?

       3          A.    Oh, yes.

       4          Q.    Now, Mr. McGrath asked you if any efforts

04:43  5     were ever made to develop a commercial contract in

       6     the United States.  Do you recall that?

       7          A.    Yes.  They want to develop a contract in

       8     the United States.

       9          Q.    All right.  Wasn't Pristec Refining

04:43 10     Technologies intended to develop the commercial

      11     contract in the United States?

      12          A.    Yes, they -- they wanted to develop the

      13     contract, but it was a lot of problem intended

      14     there.

04:43 15          Q.    A lot of what?

      16          A.    A lot of problems.

      17          Q.    Problems.  All right.  We'll talk about

      18     those problems.

      19               So before the Pristec Refining

04:43 20     Technologies contract was signed, did Mr. Earle come

      21     to Vienna?

      22          A.    Before?

      23          Q.    Yes.

      24          A.    Before I signed contract?

04:43 25          Q.    Yes.

                                                              222

04:43  1      A.   Yes, I make the demonstration for them.

       2      Q.   So you were in Vienna when Mr. Earle came?

       3      A.   Yes.

       4      Q.   Did you see him -- did he bring anybody

04:43  5   with him, any professionals?

       6      A.   Yes.

       7      Q.   Who did he bring?

       8      A.   He bring Steve Hays, Ron Tabery.

       9      Q.   Ron Tabery, T-A-B-E-R-Y?

04:44 10      A.   Tabery, yes.

      11      Q.   So he brought Stephen Hays and Ron Tabery,

      12   correct?

      13      A.   Yes, and I think he brought another person

      14   from a company, engineering company.

04:44 15      Q.   So you think he brought another person

      16   from an engineering company?

      17      A.   Yes, I don't remember, yes.

      18      Q.   Now, how long were they in Vienna?

      19      A.   They here -- we had the demonstration for

04:44 20   them like two or three days, I think.

      21      Q.   Were they in your estimation based on what

      22   they said to you pleased with the results of the

      23   demonstration?

      24      A.   No, we made two times demonstrations.  The

04:44 25   first time I made for them demonstration and they

                                                            223

04:44  1    were happy is what I know.  And I seen later on and

       2    they participate, they went to the office to sit

       3    down.

       4          Q.   Were you at the office part meeting?

04:45  5          A.   No.

       6          Q.   Okay.  But you understood that after that

       7    demonstration --

       8          A.   They were happy.

       9          Q.   -- they gave some money to Pristec

04:45 10    America, right?

      11          A.   I understood that they support the Pristec

      12    America.

      13          Q.   And then they signed the --

      14          A.   Contract.

04:45 15          Q.   -- contract, right?

      16          A.   The contract.

      17          Q.   Okay.  Now, I would like to show you --

      18               MR. O'CONNOR:  Mr. McGrath, have you

      19    received the equipment agreement?

04:45 20               MR. McGRATH:  Yes, hold on.  Let me just

      21    open it up again.

      22               Victor, did you receive it as well?

      23               MR. SUTHAMMANONT:  Yes, I did.

      24               MR. McGRATH:  Okay, thank you.  I got it.

04:45 25               MR. O'CONNOR:  So for the record, this is

                                                              224

04:45  1        an Equipment Sales Agreement and Exclusive

       2        Intellectual Property License for and by and

       3        between Pristec America, Inc. and Pristec

       4        Refining Technologies USA, LLC.

04:46  5             Now, I will provide counsel with the

       6        Bates-stamped copy, but unfortunately, I

       7        couldn't get into my system here at the

       8        deposition, but this was produced.

       9             Now, this is, by the way, a Joint Exhibit

04:46 10        E46 used at the International Center for

      11        Dispute Resolution Arbitration.

      12   BY MR. O'CONNOR:

      13        Q.   So Mr. McGrath asked you about the Series

      14   2 activators.  Do you remember that?

04:46 15        A.   He asked the question, but I don't...

      16        Q.   You said you don't know what he's talking

      17   about, right?

      18        A.   Yes.

      19        Q.   Okay.  So if we look at the equipment --

04:46 20   sales equipment agreement for PRT, and you said you

      21   were on the board, correct?

      22        A.   Correct.

      23        Q.   Does this define in this agreement what

      24   equipment would be provided by Pristec?

04:46 25        A.   Normally what I said always, and I knew

                                                            225

04:47   1      because it's a hundred percent sure, the only thing

        2      we needed is made equipments according to API

        3      standards, but no modification should be made there.

        4          Q.   All right.  So API is the American

04:47   5      Petroleum Institute?

        6          A.   Yes, yes.

        7          Q.   Okay.  And so did the equipment that was

        8      in the design phase and ready for implementation

        9      according to you, when this agreement was signed,

04:47  10      right, which is September 14, 2016, was Pristec AG

       11      in a position to supply the equipment?  Could it do

       12      so?

       13          A.   I approve because we wanted to make it.

       14      It was ready to go at that time.

04:47  15          Q.   Okay.  But it had the ability to supply

       16      the equipment, right?

       17          A.   Yes.

       18          Q.   Okay.  Did PRT ever order the equipment

       19      from Pristec AG?

04:47  20          A.   This, I don't know.  I believe so, but I

       21      don't know, because PRT is giving me more trouble

       22      than ever in my life.

       23          Q.   Isn't it true, sir, that in the first week

       24      of January of 2017 Earle Refining, a member of

04:48  25      Pristec Refining Technologies, claimed to own the

                                                              226

04:48  1    whole thing?

2          A.   Yes, it was one of the reasons why I left

3    Pristec.

4          Q.   Well, tell me about that.  Why did you

04:48  5    resign from Pristec AG?

6          A.   I mean, two main reasons.  The first one,

7    because of the famous shareholder meeting.

8          Q.   The famous what?

9          A.   Shareholder meeting that I was -- in my

04:48 10    knowledge, Joe was the chairman of the board.  And

11    then when the meeting was started, they didn't allow

12    the American people to talk.

13          Q.   Okay.  So just orient the judge or the

14    jury or whoever might be watching you, what time

04:48 15    frame are you talking about?

16          A.   I'm talking about the shareholder meeting

17    in '17, I think in the last -- the last one I

18    participate.

19          Q.   Okay.

04:49 20          A.   I was thinking everything will be solved.

21               (Reporter clarification.)

22          A.   I was assuming that the meeting will go

23    like should be.  Everybody will talk and explain the

24    situation in the company and explain how they are

04:49 25    going to make a settlement for a good of investor

227

04:49   1    and the company, and it was everything totally

  2    different. They didn't allow the American

  3    investors, even though Joe, that for me, he was the

  4    chairman of the company to talk, and they brought

04:49   5    the police there. I mean, it was a big -- I was

  6    shocked myself. It was frustrating at that time.

  7          And then the second reason is because I

  8    realize that PRT, T.J --

  9    BY MR. O'CONNOR:

04:50 10        Q.    T.J Earle?

  11        A.    Yeah, a lot of lawyers there. And Rudi,

  12    they want to push me to sign an agreement to give

  13    the patents -- I mean the license, the patents, the

  14    right to T.J.

04:50 15        Q.    To a new company or TJ himself?

  16        A.    No, Newco, Newco.

  17        Q.    Newco.

  18        A.    And I said, no, I not doing that.

  19        Q.    Did they forge your name to the documents,

04:50 20    sir?

  21        A.    I knew later on in the arbitration that

  22    they put my signature there.

  23        Q.    On the documents that would allow the

  24    Newco to go forward?

04:50 25        A.    Yeah.

228

Case 1:18-cv-05075-HG-VMS   Document 182-2   Filed 01/05/24   Page 70 of 74 PageID #:
10363
Case 1:18-cv-05075-HG-VMS   Document 158-7   Filed 05/27/22   Page 197 of 203 PageID #:
9319

| | | |
|---|---|---|
| 04:50 | 1 | Q.   You found that out later? |
| | 2 | A.   In the -- in the arbitration. |
| | 3 | Q.   So in your estimation, was Ruediger Nuerk |
| | 4 | at all looking out for the interests of the American |
| 04:50 | 5 | investors? |
| | 6 | MR. McGRATH:   Object to the form of the |
| | 7 | question. |
| | 8 | BY MR. O'CONNOR: |
| | 9 | Q.   You could answer it. |
| 04:50 | 10 | A.   I think Rudi destroy the whole things |
| | 11 | together with T.J. |
| | 12 | Q.   Okay.  And in your estimation, was Joseph |
| | 13 | Laura looking out for the investors? |
| | 14 | A.   I have to say yes.  This is why I continue |
| 04:51 | 15 | with him. |
| | 16 | MR. O'CONNOR:   Okay.  Well, thank you for |
| | 17 | your time, sir.  I have nothing further. |
| | 18 | MR. McGRATH:   Kevin, I just have a few |
| | 19 | follow-up questions.  Going back to the |
| 04:51 | 20 | document that you were just pointing him to, |
| | 21 | which was Tab 17, I think it was PDF page 29. |
| | 22 | MR. O'CONNOR:   Yes, sir. |
| | 23 | EXAMINATION |
| | 24 | BY MR. McGRATH: |
| 04:51 | 25 | Q.   Let me just get back to that. |

229

Case 1:18-cv-05075-HG-VMS   Document 182-2   Filed 01/05/24   Page 71 of 74 PageID #:
10364
Case 1:18-cv-05075-HG-VMS   Document 158-7   Filed 05/27/22   Page 198 of 203 PageID #:
9320

04:57   1    second patent granted January 15, 2013, right?

        2        A.   Yes.

        3        Q.   So those are the two patents that this

        4    agreement deals with, and it's saying in this

04:57   5    paragraph that you and the other three inventors are

        6    the exclusive owners of those patents on this date,

        7    and you're granting Pristec AG a license to use

        8    those patents in a certain way, correct?

        9             MR. O'CONNOR:  Objection.  That calls for

04:57  10        a legal conclusion.  Objection.  You're giving

       11        a speech, but if you know, you could answer.

       12        A.   I mean, what the document is saying is

       13    that.

       14    BY MR. McGRATH:

04:58  15        Q.   Okay.  So -- okay.

       16             And finally, I think you just testified

       17    now, if I understood, that at some point before you

       18    left Pristec AG, Mr. Nuerk had asked you to transfer

       19    your interest in the patents to a new company, and

04:58  20    that was one of the reasons why you left.  Is that

       21    what you said?

       22        A.   No.  I said two reasons.

       23        Q.   Two reasons.

       24        A.   One reason is because of the meeting, and

04:58  25    I knew during the meeting they're not transparent

                                                                234

04:58  1    and honest.  It was --

       2              MR. O'CONNOR:  They're not what?

       3              THE WITNESS:  Transparent and honest.

       4              MR. O'CONNOR:  Transparent and honest.

04:58  5       A.    To me, it was the worst meeting in my life

       6    since I left Cuba.  It was very bad feeling.

       7              The second reason is because, I mean, it's

       8    my point of view, I think Rudi and TJ wanted to

       9    destroy the company, wanted to steal the technology,

04:59 10    wanted to do everything against the Pristec

      11    shareholder and American shareholder.  This is my

      12    point of view.

      13      BY MR. McGRATH:

      14       Q.    I'm sorry.

04:59 15       A.    And I told Rudi, I don't think it's right.

      16    He told me no, no, it's right.  Don't worry.  It is

      17    like that.  We don't, blah, blah, blah.  And then I

      18    said -- I not agree with that.  I will not sign any

      19    document with TJ Earle because he will destroy

04:59 20    Pristec AG.

      21      BY MR. McGRATH:

      22       Q.    I just want to understand, what was the

      23    document that Mr. Nuerk was asking you to sign?

      24       A.    Any document -- more than one document.

04:59 25    They show me different contracts, one which is

                                                              235

Case 1:18-cv-05075-HG-VMS   Document 182-2   Filed 01/05/24   Page 73 of 74 PageID #:
10366
Case 1:18-cv-05075-HG-VMS   Document 158-7   Filed 05/27/22   Page 202 of 203 PageID #:
9324

1

2

3

4 **CERTIFICATE OF OATH**

5

6

7 **STATE OF FLORIDA**

8

9

10    I, the undersigned authority, certify

11 that JOSE MIGUEL DELGADO CASTILLO appeared

12 remotely before me and was duly sworn on the 29th

13 day of November, 2021.

14    Signed this 2nd day of December, 2021.

15

16

17

18 *DENISE SANKARY, RPR, RMR, CRR*
Notary Public, State of Florida
My Commission No. GG  944837
19 Expires: 1/27/24

20

21

22

23

24

25

## CERTIFICATE OF REPORTER

**STATE OF FLORIDA**

I, *DENISE SANKARY*, Registered Merit Reporter, do hereby certify that I was authorized to and did stenographically report the foregoing remote videotaped deposition of JOSE MIGUEL DELGADO CASTILLO; pages 1 through 232; that a review of the transcript was not requested; and that the transcript is a true record of my stenographic notes.

I FURTHER CERTIFY that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

Dated this 2nd day of December, 2021.

*DENISE SANKARY, RPR, RMR, CRR*