# EXHIBIT J

Pristec JML 2013

| Date | Investor | Amount |
|---|---|---|
| 2.21 | Joe 1574 | 20,000 |
| 3.7 | Joe 1574 | 2,500 |
| 3.28 | Wire from D McDonald for JML | 3,000 |
| 3.28 | Deposit JML | 5,434.12 |
| 4.1 | Deposit JML | 3,504.75 |
| 4.4 | Poccio 5K and JML 2,934.17 | 2,934.17 |
| 4.8 | Joe | 1,000 |
| 4.1 | Transfer from 1574 | 700 |
| 4.24 | Transfer from 1574 | 3,000 |
| 5.3 | Transfer from Joe 1574 | 1,000 |
| 5.23 | Transfer from Joe 1574 | 3,100 |
| 6.21 | Transfer from Joe 1574 | 1,000 |
| 6.21 | Transfer from Joe 1574 | 2,300 |
| 9.23 | Joe1574 | 3,000 |
| 9.27 | 1574Joe | 1,000 |
| | | 53,473.04 |
| | | |
| | | |
| | | |

PRISTEC AMERICA INC
201 EDWARD CURRY AVE STE 107
STATEN ISLAND NY 10314

30
0
6

NOTICE: By federal law, as of 1/1/2013, funds in a noninterest-bearing transaction account (including an IOLTA/IOLA) will no longer receive unlimited deposit insurance coverage, but will be FDIC-insured to the legal maximum of $250,000 for each ownership category. For more information visit:
http://www.fdic.gov/deposit/deposits/unlimited/expiration.html

Business Checking ACCOUNT XXXXXXXXXXX9374

| | | | |
|---|---|---|---|
| MINIMUM BALANCE | 2,375.49 | LAST STATEMENT 01/31/13 | 9,251.61 |
| AVG AVAILABLE BALANCE | 5,262.65 | 6 CREDITS | 21,775.43 |
| AVERAGE BALANCE | 5,262.65 | 33 DEBITS | 28,651.55 |
| | | THIS STATEMENT 02/28/13 | 2,375.49 |

OTHER CREDITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| DRIVE NJ INS REFUND POL #50883776 | 02/01 | 213.07 |
| DRIVE NJ INS REFUND POL #50883776 | 02/01 | 252.00 |
| DRIVE NJ INS REFUND POL #50883776 | 02/01 | 252.00 |
| DRIVE NJ INS REFUND POL #50883776 | 02/01 | 252.00 |
| DRIVE NJ INS REFUND POL #50883776 | 02/04 | 806.36 |
| telephone transfer from 030161574 | 02/21 | 20,000.00 – Jhc |

CHECKS

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1197 | 02/22 | 1,671.00 | 1198 | 02/22 | 1,671.00 | 1199 | 02/26 | 950.00 |

OTHER DEBITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Recur Pymnt 02/01/13 20:15 8486 LTF*LIFE TIME MLTF*LIFE T 888-430-6432 MN 000228 | 02/01 | 110.22 |
| Recur Pymnt 02/01/13 20:15 8486 LTF*LIFE TIME MLTF*LIFE T 888-430-6432 MN 000228 | 02/01 | 110.22 |
| POS 02/04/13 03:39 8486 NO BODY DENIED NO BODY DE SPRINGFIELD NJ 001033 | 02/04 | 5.34 |

* * * C O N T I N U E D * * *

PRISTEC AMERICA INC
201 EDWARD CURRY AVE STE 107
STATEN ISLAND NY 10314

30
1
2

NOTICE: By federal law, as of 1/1/2013, funds in a noninterest-bearing transaction account (including an IOLTA/IOLA) will no longer receive unlimited deposit insurance coverage, but will be FDIC-insured to the legal maximum of $250,000 for each ownership category. For more information visit:
http://www.fdic.gov/deposit/deposits/unlimited/expiration.html

Business Checking ACCOUNT XXXXXXXXXXX9374

| | | | |
|---|---|---|---|
| MINIMUM BALANCE | 2,468.32- | LAST STATEMENT 02/28/13 | 2,375.49 |
| AVG AVAILABLE BALANCE | 454.07 | 4 CREDITS | 13,534.12 |
| AVERAGE BALANCE | 688.55 | 23 DEBITS | 9,461.71 |
| | | THIS STATEMENT 03/29/13 | 6,447.90 |

DEPOSITS

| REF # | DATE | AMOUNT | REF # | DATE | AMOUNT | REF # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 03/28 | 5,434.12 | | | | | | |

OTHER CREDITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| transfer from 030161574 | 03/07 | 2,500.00 — Joe |
| Incoming Wire | 03/28 | 3,000.00 — Maine — Dan McD... |
| Incoming Wire | 03/29 | 2,600.00 — Tony |

CHECKS

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1191 | 03/04 | 3,750.00 | | | | | | |

OTHER DEBITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Recur Pymnt 03/01/13 20:52 8486 LTF*LIFE TIME MLTF*LIFE T 888-430-6432 MN 000891 | 03/01 | 111.47 |
| Recur Pymnt 03/01/13 20:52 8486 LTF*LIFE TIME MLTF*LIFE T 888-430-6432 MN 000891 | 03/01 | 111.47 |
| POS 03/02/13 07:16 8486 APL*APPLE ITUNEAPL*APPLE 866-712-7753 CA 000030 | 03/04 | 1.06 |

* * * C O N T I N U E D * * *

PRISTEC AMERICA INC
201 EDWARD CURRY AVE STE 107
STATEN ISLAND NY 10314

30
3
2

NOTICE: By federal law, as of 1/1/2013, funds in a noninterest-bearing transaction account (including an IOLTA/IOLA) will no longer receive unlimited deposit insurance coverage, but will be FDIC-insured to the legal maximum of $250,000 for each ownership category. For more information visit:
http://www.fdic.gov/deposit/deposits/unlimited/expiration.html

Business Checking ACCOUNT XXXXXXXXXXX9374

| | | | |
|---|---|---|---|
| MINIMUM BALANCE | 46.57- | LAST STATEMENT 03/29/13 | 6,447.90 |
| AVG AVAILABLE BALANCE | 1,176.69 | 5 CREDITS | 16,138.92 |
| AVERAGE BALANCE | 2,007.94 | 22 DEBITS | 22,051.94 |
| | | THIS STATEMENT 04/30/13 | 534.88 |

DEPOSITS

| REF # | DATE | AMOUNT | REF # | DATE | AMOUNT | REF # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 04/01 | 3,504.75 | | 04/04 | 7,934.17 | | 04/08 | 1,000.00 |

OTHER CREDITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| telephone transfer from 030161574 | 04/01 | 700.00 |
| transfer from 030161574 | 04/24 | 3,000.00 |

CHECKS

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1200 | 04/01 | 10,000.00 | 1201 | 04/09 | 8,000.00 | | | |

OTHER DEBITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Recur Pymnt 04/01/13 19:24 8486 LTF*LIFE TIME MLTF*LIFE T 888-430-6432 MN 000957 | 04/01 | 111.47 |
| Recur Pymnt 04/02/13 19:55 8486 HALLOO COMMUNICHALLOO COM 888-2383822 CA 379570 | 04/02 | 9.95 |
| ATT Payment 567563002LAB1H | 04/02 | 577.80 |
| Recur Pymnt 04/05/13 18:45 8486 LTF*LIFE TIME MLTF*LIFE T 888-430-6432 MN 000417 | 04/05 | 111.47 |

* * * C O N T I N U E D * * *

PRISTEC AMERICA INC
201 EDWARD CURRY AVE STE 107
STATEN ISLAND NY 10314

30
0
0

NOTICE: By federal law, as of 1/1/2013, funds in a noninterest-bearing transaction account (including an IOLTA/IOLA) will no longer receive unlimited deposit insurance coverage, but will be FDIC-insured to the legal maximum of $250,000 for each ownership category. For more information visit:
http://www.fdic.gov/deposit/deposits/unlimited/expiration.html

Business Checking ACCOUNT XXXXXXXXXXX9374

| | | | |
|---|---|---|---|
| MINIMUM BALANCE | 191.99 | LAST STATEMENT 04/30/13 | 534.88 |
| AVG AVAILABLE BALANCE | 1,136.27 | 3 CREDITS | 19,100.00 |
| AVERAGE BALANCE | 1,136.27 | 20 DEBITS | 17,047.38 |
| | | THIS STATEMENT 05/31/13 | 2,587.50 |

OTHER CREDITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| as per joe tr fr 030161574 | 05/03 | 1,000.00 — 5th |
| transfer from 030161574 | 05/23 | 3,100.00 — 5th |
| Incoming Wire | 05/30 | 15,000.00 — Frank Scarsi |

OTHER DEBITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Recur Pymnt 05/01/13 19:27 8486 LTF*LIFE TIME MLTF*LIFE T 888-430-6432 MN 000492 | 05/01 | 111.47 |
| Recur Pymnt 05/01/13 19:27 8486 LTF*LIFE TIME MLTF*LIFE T 888-430-6432 MN 000492 | 05/01 | 111.47 |
| Recur Pymnt 05/02/13 19:55 8486 HALLOO COMMUNICHALLOO COM 888-2383822 CA 169810 | 05/02 | 9.95 |
| Recur Pymnt 05/02/13 00:02 8486 NEW JERSEY E-ZPNEW JERSEY 888-288-6865 NJ 004103 | 05/02 | 110.00 |
| POS 05/04/13 02:26 8486 NO BODY DENIED NO BODY DE SPRINGFIELD NJ 001122 | 05/06 | 38.25 |
| POS 05/04/13 02:26 8486 NO BODY DENIED NO BODY DE SPRINGFIELD NJ 001122 | 05/06 | 65.00 |
| POS 05/04/13 02:26 8486 NO BODY DENIED NO BODY DE SPRINGFIELD NJ 001122 | 05/06 | 65.00 |

* * * C O N T I N U E D * * *

ACCOUNT: XXXXXXXXXXX9374 PAGE: 1
06/28/2013

PRISTEC AMERICA INC
201 EDWARD CURRY AVE STE 107
STATEN ISLAND NY 10314

30
2
5

NOTICE: By federal law, as of 1/1/2013, funds in a noninterest-bearing transaction account (including an IOLTA/IOLA) will no longer receive unlimited deposit insurance coverage, but will be FDIC-insured to the legal maximum of $250,000 for each ownership category. For more information visit:
http://www.fdic.gov/deposit/deposits/unlimited/expiration.html

Business Checking ACCOUNT XXXXXXXXXXX9374

| | | | |
|---|---|---|---|
| | | LAST STATEMENT 05/31/13 | 2,587.50 |
| MINIMUM BALANCE | 707.64- | 6 CREDITS | 263,300.00 |
| AVG AVAILABLE BALANCE | 9,619.16 | 35 DEBITS | 248,565.98 |
| AVERAGE BALANCE | 11,141.90 | THIS STATEMENT 06/28/13 | 17,321.52 |

DEPOSITS

| REF #..... | DATE...... | AMOUNT | REF #..... | DATE...... | AMOUNT | REF #..... | DATE...... | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 06/25 | 25,000.00 | | 06/27 | 5,000.00 | | | |

OTHER CREDITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Incoming Wire | 06/06 | 200,000.00 |
| transfer from 030161574 | 06/21 | 1,000.00 |
| transfer from 030161574 | 06/21 | 2,300.00 |
| Incoming Wire | 06/28 | 30,000.00 |

CHECKS

| CHECK #.. | DATE...... | AMOUNT | CHECK #.. | DATE...... | AMOUNT | CHECK #.. | DATE...... | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1202 | 06/11 | 6,684.00 | 1203 | 06/14 | 1,250.00 | | | |

OTHER DEBITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Recur Pymnt 06/02/13 20:19 8486 HALLOO COMMUNICHALLOO COM 888-2383822 CA 783724 | 06/03 | 9.95 |
| Recur Pymnt 06/01/13 19:33 8486 LTF*LIFE TIME MLTF*LIFE T 888-430-6432 MN 000585 | 06/03 | 111.47 |

* * * C O N T I N U E D * * *

ACCOUNT: XXXXXXXXXXX9374 PAGE: 1
09/30/2013

Northfield Bank
Greenridge Branch
3227 Richmond Avenue
Staten Island, NY 10312

INNOVATIVE CRUDE TECHNOLOGIES INC
201 EDWARD CURRY AVE STE 107
STATEN ISLAND NY 10314

30
1
2

Effective September 1, 2013, the business checking account minimum daily balance to avoid a monthly maintenance fee of $20.00 per month will be $5,000.00.
Thank you for banking with Northfield Bank.

Business Checking ACCOUNT XXXXXXXXXXX9374

| | | | |
|---|---|---|---|
| MINIMUM BALANCE | 489.75- | LAST STATEMENT 08/30/13 | 7,539.38 |
| AVG AVAILABLE BALANCE | 3,805.78 | 3 CREDITS | 24,000.00 |
| AVERAGE BALANCE | 3,934.82 | 33 DEBITS | 29,233.76 |
| | | THIS STATEMENT 09/30/13 | 2,305.62 |

DEPOSITS

| REF # | DATE | AMOUNT | REF # | DATE | AMOUNT | REF # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 09/27 | 1,000.00 — SML | | | | | | |

OTHER CREDITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Incoming Wire | 09/17 | 20,000.00 — Tony |
| telephone transfer from 030161574 | 09/23 | 3,000.00 — SML |

CHECKS

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1219 | 09/20 | 950.00 | | | | | | |

OTHER DEBITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Recur Pymnt 09/02/13 19:40 8486 HALLOO COMMUNICHALLOO COM 888-2383822 CA 310134 | 09/03 | 9.95 |
| Recur Pymnt 09/01/13 22:57 8486 LTF*LIFE TIME MLTF*LIFE T 888-430-6432 MN 000069 | 09/03 | 111.47 |
| Recur Pymnt 09/01/13 22:57 8486 LTF*LIFE TIME MLTF*LIFE T 888-430-6432 MN 000069 | 09/03 | 143.57 |
| POS 08/30/13 15:58 8486 SEABRAS SUPERMARKET - SPRINGFIELD NJ 224803 | 09/03 | 274.77 |

* * * C O N T I N U E D * * *

ACCOUNT: XXXXXXXXXXX9374 PAGE: 1
09/30/2013

Northfield
Grenridge
322 Richmon
Staten Island,

INNOVATIVE CRUDE TECHNOLOGIES INC
201 EDWARD CURRY AVE STE 107
STATEN ISLAND NY 10314

30
1
2

Effective September 1, 2013, the business checking account minimum daily balance to avoid a monthly maintenance fee of $20.00 per month will be $5,000.00.
Thank you for banking with Northfield Bank.

Business Checking ACCOUNT XXXXXXXXXXX9374

| | | | |
|---|---|---|---|
| MINIMUM BALANCE | 489.75- | LAST STATEMENT 08/30/13 | 7,539.38 |
| AVG AVAILABLE BALANCE | 3,805.78 | 3 CREDITS | 24,000.00 |
| AVERAGE BALANCE | 3,934.82 | 33 DEBITS | 29,233.76 |
| | | THIS STATEMENT 09/30/13 | 2,305.62 |

- - - DEPOSITS - - -

| REF # | DATE | AMOUNT | REF # | DATE | AMOUNT | REF # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 09/27 | 1,000.00 — SnL | | | | | | |

- - - OTHER CREDITS - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Incoming Wire | 09/17 | 20,000.00 — Tony |
| telephone transfer from 030161574 | 09/23 | 3,000.00 — SnL |

- - - CHECKS - - -

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1219 | 09/20 | 950.00 | | | | | | |

- - - OTHER DEBITS - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Recur Pymnt 09/02/13 19:40 8486 HALLOO COMMUNICHALLOO COM 888-2383822 CA 310134 | 09/03 | 9.95 |
| Recur Pymnt 09/01/13 22:57 8486 LTF*LIFE TIME MLTF*LIFE T 888-430-6432 MN 000069 | 09/03 | 111.47 |
| Recur Pymnt 09/01/13 22:57 8486 LTF*LIFE TIME MLTF*LIFE T 888-430-6432 MN 000069 | 09/03 | 143.57 |
| POS 08/30/13 15:58 8486 SEABRAS SUPERMARKET - SPRINGFIELD NJ 224803 | 09/03 | 274.77 |

* * * C O N T I N U E D * * *