# Supplemental Exhibit A

**Supplemental Exhibit A**
The Richard Sichenzio Transfers

| Date | Account/Counterparty | $ to R. Sichenzio | $ from R. Sichenzio |
|---|---|---|---|
| 3/30/2015 | ICT - Account x4791 | $ 6,000.00 | |
| 5/28/2015 | ICT - Account x4791 | $ 10,000.00 | |
| 7/3/2015 | ICT - Account x4791 | $ 17,150.00 | |
| 10/9/2015 | ICT - Account x4791 | $ 5,700.00 | |
| 1/19/2016 | ICT - Account x4791 | $ 10,750.00 | |
| 4/14/2016 | Pristec America - Account x4249 | $ 10,000.00 | |
| 6/13/2016 | Pristec America - Account x4249 | $ 10,000.00 | |
| 6/21/2016 | Pristec America - Account x4249 | $ 25,000.00 | |
| 9/16/2016 | ICT - Account x3776 | $ 30,000.00 | |
| | | $ 124,600.00 | |