# Exhibit A

**Exhibit A**
Sichenzio Offsets Chart

| Date | Amount |
|---|---|
| 4/9/2011 | $4,294.20 |
| 4/9/2011 | $8,073.00 |
| 5/9/2011 | $9,061.60 |
| 5/9/2011 | $9,061.60 |
| 5/9/2011 | $885.00 |
| 5/9/2011 | $885.00 |
| 8/19/2011 | $2,023.90 |
| 10/4/2011 | $1,006.70 |
| 10/14/2011 | $250.00 |
| 1/10/2012 | $6,214.20 |
| 1/10/2012 | $6,214.20 |
| 1/10/2012 | $6,214.20 |
| 1/19/2012 | $4,193.70 |
| 1/27/2012 | $403.10 |
| 3/5/2012 | $6,792.00 |
| 3/5/2012 | $5,139.60 |
| 3/10/2012 | $3,142.10 |
| 3/10/2012 | $3,142.10 |
| 3/10/2012 | $3,142.10 |
| 3/10/2012 | $3,142.10 |
| 4/27/2012 | ($1,897.00) |
| 4/27/2012 | ($1,897.00) |
| 4/27/2012 | $1,897.60 |
| 4/27/2012 | $1,897.60 |
| 4/27/2012 | $5,128.10 |
| 4/30/2012 | $2,297.60 |
| 4/30/2012 | $2,297.60 |
| 5/3/2012 | ($200.00) |
| 5/3/2012 | $116.00 |
| 5/10/2012 | $116.00 |
| 5/17/2012 | $116.00 |
| 5/24/2012 | $116.00 |
| 8/8/2012 | $2,281.60 |
| 8/8/2012 | $2,281.60 |
| 9/5/2012 | $4,335.60 |
| 9/6/2012 | $409.60 |
| 9/6/2012 | $409.60 |
| 9/6/2012 | $739.80 |
| 9/6/2012 | $739.80 |
| 9/6/2012 | $1,382.80 |
| 9/7/2012 | $1,085.80 |
| 9/7/2012 | $1,382.80 |
| 9/7/2012 | $1,085.80 |
| 9/7/2012 | $1,085.80 |
| 1/3/2013 | $1,038.89 |
| 1/3/2013 | $1,038.89 |
| 1/3/2013 | $1,519.90 |
| 1/3/2013 | $1,519.90 |
| Total | $115,607.08 |