# Exhibit B



# U.S. Securities and Exchange Commission
## Prejudgment Interest Report

## Laura Revised PJI Amount

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$3,431,860.00** |
| 07/01/2013-09/30/2013 | 3.00% | 0.76% | $25,950.50 | $3,457,810.50 |
| 10/01/2013-12/31/2013 | 3.00% | 0.76% | $26,146.73 | $3,483,957.23 |
| 01/01/2014-03/31/2014 | 3.00% | 0.74% | $25,771.74 | $3,509,728.97 |
| 04/01/2014-06/30/2014 | 3.00% | 0.75% | $26,250.85 | $3,535,979.82 |
| 07/01/2014-09/30/2014 | 3.00% | 0.76% | $26,737.82 | $3,562,717.64 |
| 10/01/2014-12/31/2014 | 3.00% | 0.76% | $26,940.00 | $3,589,657.64 |
| 01/01/2015-03/31/2015 | 3.00% | 0.74% | $26,553.63 | $3,616,211.27 |
| 04/01/2015-06/30/2015 | 3.00% | 0.75% | $27,047.28 | $3,643,258.55 |
| 07/01/2015-09/30/2015 | 3.00% | 0.76% | $27,549.02 | $3,670,807.57 |
| 10/01/2015-12/31/2015 | 3.00% | 0.76% | $27,757.34 | $3,698,564.91 |
| 01/01/2016-03/31/2016 | 3.00% | 0.75% | $27,587.66 | $3,726,152.57 |
| 04/01/2016-06/30/2016 | 4.00% | 0.99% | $37,057.91 | $3,763,210.48 |
| 07/01/2016-09/30/2016 | 4.00% | 1.01% | $37,837.74 | $3,801,048.22 |
| 10/01/2016-12/31/2016 | 4.00% | 1.01% | $38,218.19 | $3,839,266.41 |
| 01/01/2017-03/31/2017 | 4.00% | 0.99% | $37,866.74 | $3,877,133.15 |
| 04/01/2017-06/30/2017 | 4.00% | 1% | $38,665.11 | $3,915,798.26 |
| 07/01/2017-09/30/2017 | 4.00% | 1.01% | $39,479.83 | $3,955,278.09 |
| 10/01/2017-12/31/2017 | 4.00% | 1.01% | $39,877.87 | $3,995,155.96 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $39,404.28 | $4,034,560.24 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $50,293.83 | $4,084,854.07 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $51,480.35 | $4,136,334.42 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $52,129.15 | $4,188,463.57 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $61,966.31 | $4,250,429.88 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $63,581.77 | $4,314,011.65 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $54,368.37 | $4,368,380.02 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $55,053.56 | $4,423,433.58 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $54,990.77 | $4,478,424.35 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $55,674.40 | $4,534,098.75 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $34,191.56 | $4,568,290.31 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $34,449.40 | $4,602,739.71 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $34,047.66 | $4,636,787.37 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $34,680.63 | $4,671,468.00 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $35,323.98 | $4,706,791.98 |
| 10/01/2021-12/31/2021 | 3.00% | 0.76% | $35,591.08 | $4,742,383.06 |
| 01/01/2022-03/31/2022 | 3.00% | 0.74% | $35,080.64 | $4,777,463.70 |
| 04/01/2022-06/30/2022 | 4.00% | 1% | $47,643.75 | $4,825,107.45 |
| 07/01/2022-09/30/2022 | 5.00% | 1.26% | $60,809.57 | $4,885,917.02 |
| 10/01/2022-12/31/2022 | 6.00% | 1.51% | $73,891.13 | $4,959,808.15 |

| 01/01/2023-03/31/2023 | 7.00% | 1.73% | $85,607.65 | $5,045,415.80 |
| 04/01/2023-06/30/2023 | 7.00% | 1.75% | $88,052.87 | $5,133,468.67 |
| 07/01/2023-07/31/2023 | 7.00% | 0.59% | $30,519.53 | $5,163,988.20 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| **07/01/2013-07/31/2023** | | | **$1,732,128.20** | **$5,163,988.20** |