# Exhibit C



# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

## Sichenzio Revised PJI Amount

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$1,679,369.00** |
| 07/01/2013-09/30/2013 | 3.00% | 0.76% | $12,698.79 | $1,692,067.79 |
| 10/01/2013-12/31/2013 | 3.00% | 0.76% | $12,794.81 | $1,704,862.60 |
| 01/01/2014-03/31/2014 | 3.00% | 0.74% | $12,611.31 | $1,717,473.91 |
| 04/01/2014-06/30/2014 | 3.00% | 0.75% | $12,845.76 | $1,730,319.67 |
| 07/01/2014-09/30/2014 | 3.00% | 0.76% | $13,084.06 | $1,743,403.73 |
| 10/01/2014-12/31/2014 | 3.00% | 0.76% | $13,183.00 | $1,756,586.73 |
| 01/01/2015-03/31/2015 | 3.00% | 0.74% | $12,993.93 | $1,769,580.66 |
| 04/01/2015-06/30/2015 | 3.00% | 0.75% | $13,235.49 | $1,782,816.15 |
| 07/01/2015-09/30/2015 | 3.00% | 0.76% | $13,481.02 | $1,796,297.17 |
| 10/01/2015-12/31/2015 | 3.00% | 0.76% | $13,582.96 | $1,809,880.13 |
| 01/01/2016-03/31/2016 | 3.00% | 0.75% | $13,499.93 | $1,823,380.06 |
| 04/01/2016-06/30/2016 | 4.00% | 0.99% | $18,134.16 | $1,841,514.22 |
| 07/01/2016-09/30/2016 | 4.00% | 1.01% | $18,515.77 | $1,860,029.99 |
| 10/01/2016-12/31/2016 | 4.00% | 1.01% | $18,701.94 | $1,878,731.93 |
| 01/01/2017-03/31/2017 | 4.00% | 0.99% | $18,529.96 | $1,897,261.89 |
| 04/01/2017-06/30/2017 | 4.00% | 1% | $18,920.64 | $1,916,182.53 |
| 07/01/2017-09/30/2017 | 4.00% | 1.01% | $19,319.32 | $1,935,501.85 |
| 10/01/2017-12/31/2017 | 4.00% | 1.01% | $19,514.10 | $1,955,015.95 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $19,282.35 | $1,974,298.30 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $24,611.12 | $1,998,909.42 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $25,191.74 | $2,024,101.16 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $25,509.22 | $2,049,610.38 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $30,323.00 | $2,079,933.38 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $31,113.52 | $2,111,046.90 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $26,604.97 | $2,137,651.87 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $26,940.27 | $2,164,592.14 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $26,909.55 | $2,191,501.69 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $27,244.08 | $2,218,745.77 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $16,731.53 | $2,235,477.30 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $16,857.70 | $2,252,335.00 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $16,661.11 | $2,268,996.11 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $16,970.85 | $2,285,966.96 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $17,285.67 | $2,303,252.63 |
| 10/01/2021-12/31/2021 | 3.00% | 0.76% | $17,416.38 | $2,320,669.01 |
| 01/01/2022-03/31/2022 | 3.00% | 0.74% | $17,166.59 | $2,337,835.60 |
| 04/01/2022-06/30/2022 | 4.00% | 1% | $23,314.31 | $2,361,149.91 |
| 07/01/2022-09/30/2022 | 5.00% | 1.26% | $29,756.96 | $2,390,906.87 |
| 10/01/2022-12/31/2022 | 6.00% | 1.51% | $36,158.37 | $2,427,065.24 |

| | | | | |
|---|---|---|---|---|
| 01/01/2023-03/31/2023 | 7.00% | 1.73% | $41,891.81 | $2,468,957.05 |
| 04/01/2023-06/30/2023 | 7.00% | 1.75% | $43,088.37 | $2,512,045.42 |
| 07/01/2023-07/31/2023 | 7.00% | 0.59% | $14,934.63 | $2,526,980.05 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| **07/01/2013-07/31/2023** | | | **$847,611.05** | **$2,526,980.05** |