UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                Plaintiff,<br><br>    -against-<br><br>JOSEPH M. LAURA,<br>ANTHONY R. SICHENZIO,<br>and WALTER GIL DE RUBIO,<br><br>                              Defendants. | Case: 1:18-cv-05075 (HG)<br><br>ECF Case<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS JOSEPH M. LAURA AND ANTHONY R. SICHENZIO** |

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Kevin J. O'Connor, Esq., dated March 25, 2024, the law firm Peckar & Abramson, P.C. ("P&A"), counsel to Defendants, Joseph M. Laura and Anthony R. Sichenzio (collectively "Defendants"), will move this Court, at the United States District Court located at 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable Hector Gonzalez, U.S.D.J., at a date and time to be determined by the Court, for an Order pursuant to Local Civil Rule 1.4, granting P&A's application and relieving P&A as counsel for Defendants Laura and Sichenzio, together with such other and further relief as the Court deems just and proper.

1

**PLEASE TAKE FURTHER NOTICE** that answering and reply papers to this motion shall be served in accordance with Local Rule 6.1 of this Court.

Dated: New York, New York  
       March 26, 2024

PECKAR & ABRAMSON, P.C.

By: */s/ Kevin J. O'Connor*  
    KEVIN J. O'CONNOR, ESQ.  
1325 Avenue of the Americas  
10th Floor  
New York, NY 10019  
(212) 382-0909  
*Attorneys for Defendants, Joseph M. Laura and Anthony R. Sichenzio*

LAW OFFICES  
Peckar & Abramson  
A Professional Corporation

2

**DECLARATION OF SERVICE**

I state upon penalty of perjury that on March 26, 2024, a true and correct copy of the within Notice of Motion with accompanying declaration and memorandum, was duly served upon all counsel of record by ECF, and was simultaneously emailed and was placed in the hands of a vendor for personal service upon Defendants, as follows:

Joseph Laura, 21 Kirsten Drive, Freehold, New Jersey 07728, and emailed to jlaura3848@gmail.com; and

Anthony Sichenzio, 41 William Penn Road, Warren, New Jersey 07059, and emailed to asichenzio@gmail.com.

Dated: March 26, 2024

/s/ Kevin J. O'Connor
KEVIN J. O'CONNOR, ESQ.
1325 Avenue of the Americas
10th Floor
New York, NY 10019
(212) 382-0909
koconnor@pecklaw.com
*Attorneys for Defendants,*
*Joseph M. Laura and Anthony R. Sichenzio*

LAW OFFICES
Peckar & Abramson
A Professional Corporation

3